**EXHIBIT A**

**Part 1 of 3**

**TO NOTICE OF REMOVAL**

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED

2015 OCT -2 A 11: 06

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California

By_____ S. Smith *Deputy Clerk*

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** Google Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

Deanne Q. Lancaster

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* The Superior Court of California County of Santa Clara 191 North First St San Jose, CA 95113 | CASE NUMBER: *(Número del caso):* CV 286422 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Deanne Q. Lancaster 5475 Glengate Ln #10 Cincinnati, Ohio 45212
(513) 873-5124

DATE: *(Fecha)* 8/31/2015   OCT 2 2015  Clerk, by *(Secretario)* S. Smith , Deputy *(Adjunto)*

DAVID H. YAMASAKI
Chief Executive Officer/Clerk

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [X] on behalf of *(specify):* GOOGLE, INC.

   under: [X] CCP 416.10 (corporation)   [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)

   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |

ATTACHMENT CV-5012

# CIVIL LAWSUIT NOTICE

*Superior Court of California, County of Santa Clara*
*191 N. First St., San Jose, CA 95113*

CASE NUMBER: _115CV286422_

## PLEASE READ THIS ENTIRE FORM

**PLAINTIFF** (the person suing):  Within 60 days after filing the lawsuit, you must serve each Defendant with the *Complaint, Summons*, an *Alternative Dispute Resolution (ADR) Information Sheet*, and a copy of this *Civil Lawsuit Notice*, and you must file written proof of such service.

---

**DEFENDANT** (The person sued):  **You must do each of the following to protect your rights:**

1. You must file a written response to the *Complaint, using the proper legal form or format,* in the Clerk's Office of the Court, within 30 days of the date you were served with the *Summons and Complaint;*
2. You must serve by mail a copy of your written response on the Plaintiff's attorney or on the Plaintiff if Plaintiff has no attorney (to "serve by mail" means to have an adult other than yourself mail a copy); and
3. You must attend the first Case Management Conference.

**Warning: If you, as the Defendant, do not follow these instructions,**
**you may automatically lose this case.**

---

**RULES AND FORMS:**  You must follow the California Rules of Court and the Superior Court of California, County of Santa Clara Local Civil Rules and use proper forms.  You can obtain legal information, view the rules and receive forms, free of charge, from the Self-Help Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), www.scselfservice.org (Select "Civil") or from:

- State Rules and Judicial Council Forms:  www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms:  http://www.sccsuperiorcourt.org/civil/rule1toc.htm

**CASE MANAGEMENT CONFERENCE (CMC):**  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC.

*You or your attorney must appear at the CMC.  You may ask to appear by telephone – see Local Civil Rule 8.*

---

Your Case Management Judge is: _Patricia Lucas_____ Department: ___2___

The 1st CMC is scheduled for: (Completed by Clerk of Court)

Date: _____JAN 2 6 2016___ Time: _3:00pm___ in Department: _2_____

The next CMC is scheduled for: (Completed by party if the 1st CMC was continued or has passed)

Date: _____ Time: _____ in Department:_____

---

**ALTERNATIVE DISPUTE RESOLUTION (ADR):**  If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

**WARNING:** Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

CIVIL LAWSUIT NOTICE

# SANTA CLARA COUNTY SUPERIOR COURT
## ALTERNATIVE DISPUTE RESOLUTION
## INFORMATION SHEET

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

### What is ADR?
ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

### What are the advantages of choosing ADR instead of litigation?
ADR can have a number of advantages over litigation:

- **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

- **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

- **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

- **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

- **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

### What are the main forms of ADR offered by the Court?
**Mediation** is an informal, confidential, flexible and non-binding process in the mediator helps the parties to understand the interests of everyone involved, and their practical and legal choices. The mediator helps the parties to communicate better, explore legal and practical settlement options, and reach an acceptable solution of the problem. The mediator does not decide the solution to the dispute; the parties do.

Mediation may be appropriate when:
- The parties want a non-adversary procedure
- The parties have a continuing business or personal relationship
- Communication problems are interfering with a resolution
- There is an emotional element involved
- The parties are interested in an injunction, consent decree, or other form of equitable relief

**Neutral evaluation**, sometimes called "Early Neutral Evaluation" or "ENE", is an informal process in which the evaluator, an experienced neutral lawyer, hears a compact presentation of both sides of the case, gives a non-binding assessment of the strengths and weaknesses on each side, and predicts the likely outcome. The evaluator can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
- The parties are far apart in their view of the law or value of the case
- The case involves a technical issue in which the evaluator has expertise
- Case planning assistance would be helpful and would save legal fees and costs
- The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET**
**CIVIL DIVISION**

**Arbitration** is a less formal process than a trial, with no jury. The arbitrator hears the evidence and arguments of the parties and then makes a written decision. The parties can agree to binding or non-binding arbitration. In binding arbitration, the arbitrator's decision is final and completely resolves the case, without the opportunity for appeal. In non-binding arbitration, the arbitrator's decision could resolve the case, without the opportunity for appeal, unless a party timely rejects the arbitrator's decision within 30 days and requests a trial. Private arbitrators are allowed to charge for their time.

Arbitration may be appropriate when:
- The action is for personal injury, property damage, or breach of contract
- Only monetary damages are sought
- Witness testimony, under oath, needs to be evaluated
- An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)

**Civil Judge ADR** allows parties to have a mediation or settlement conference with an experienced judge of the Superior Court. Mediation is an informal, confidential, flexible and non-binding process in which the judge helps the parties to understand the interests of everyone involved, and their practical and legal choices. A settlement conference is an informal process in which the judge meets with the parties or their attorneys, hears the facts of the dispute, helps identify issues to be resolved, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations. The request for mediation or settlement conference may be made promptly by stipulation (agreement) upon the filing of the Civil complaint and the answer. There is no charge for this service.

Civil Judge ADR may be appropriate when:
- The parties have complex facts to review
- The case involves multiple parties and problems
- The courthouse surroundings would be helpful to the settlement process

**Special masters and referees** are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.
Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.

**Settlement conferences** are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, helps identify issues to be resolved, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.
Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

*What kind of disputes can be resolved by ADR?*
Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; collections; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; fraud; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; sports; trade secret; and wrongful death, among other matters.

*Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, information about ADR procedures, or answers to other questions about ADR?*

*Contact:*
Santa Clara County Superior Court                    Santa Clara County DRPA Coordinator
ADR Administrator                                                408-792-2784
408-882-2530

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET
CIVIL DIVISION**

# SANTA CLARA COUNTY SUPERIOR COURT
## ALTERNATIVE DISPUTE RESOLUTION
### INFORMATION SHEET

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

### What is ADR?
ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

### What are the advantages of choosing ADR instead of litigation?
ADR can have a number of advantages over litigation:

- **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

- **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

- **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

- **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

- **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

### What are the main forms of ADR offered by the Court?
**Mediation** is an informal, confidential, flexible and non-binding process in the mediator helps the parties to understand the interests of everyone involved, and their practical and legal choices. The mediator helps the parties to communicate better, explore legal and practical settlement options, and reach an acceptable solution of the problem. The mediator does not decide the solution to the dispute; the parties do.

Mediation may be appropriate when:
- The parties want a non-adversary procedure
- The parties have a continuing business or personal relationship
- Communication problems are interfering with a resolution
- There is an emotional element involved
- The parties are interested in an injunction, consent decree, or other form of equitable relief

**Neutral evaluation**, sometimes called "Early Neutral Evaluation" or "ENE", is an informal process in which the evaluator, an experienced neutral lawyer, hears a compact presentation of both sides of the case, gives a non-binding assessment of the strengths and weaknesses on each side, and predicts the likely outcome. The evaluator can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
- The parties are far apart in their view of the law or value of the case
- The case involves a technical issue in which the evaluator has expertise
- Case planning assistance would be helpful and would save legal fees and costs
- The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET**
**CIVIL DIVISION**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| _Deanne Q. Lancaster_<br>_5475 Glengate Ln #10_<br>_Cincinnati, OHD 45212_<br>TELEPHONE NO.: _513-873-5124_   FAX NO.: | **ENDORSED FILED**<br>2015 OCT -2  A 11: 05<br>David H. Yamasaki, Clerk of the Superior Court<br>County of Santa Clara, California<br>By: _____ S. Stern Te__ |

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF _Santa Clara_
STREET ADDRESS: _191 North First St._
MAILING ADDRESS:
CITY AND ZIP CODE: _San Jose, CA 95113_
BRANCH NAME:

CASE NAME:

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER:<br>**115CV286422** |
|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>*(Cal. Rules of Court, rule 3.402)* | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☑ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify)*: **10**
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: _8/31/2015_

_Deanne Q. Lancaster_
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov

CM-010

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
     Wrongful Death
Product Liability *(not asbestos or
   toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice–
     Physicians & Surgeons
   Other Professional Health Care
     Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
     and fall)
   Intentional Bodily Injury/PD/WD
     (e.g., assault, vandalism)
   Intentional Infliction of
     Emotional Distress
   Negligent Infliction of
     Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) *(not civil
   harassment)* (08)
Defamation (e.g., slander, libel)
   (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
     *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
     Contract *(not unlawful detainer
     or wrongful eviction)*
   Contract/Warranty Breach–Seller
     Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/
     Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections
     Case
Insurance Coverage *(not provisionally
   complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent
     domain, landlord/tenant, or
     foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
   drugs, check this item; otherwise,
   report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
     Case Matter
   Writ–Other Limited Court Case
     Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor
     Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   *(arising from provisionally complex
   case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of
     County)
   Confession of Judgment *(non-
     domestic relations)*
   Sister State Judgment
   Administrative Agency Award
     *(not unpaid taxes)*
   Petition/Certification of Entry of
     Judgment on Unpaid Taxes
   Other Enforcement of Judgment
     Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
   above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-
     harassment)*
   Mechanics Lien
   Other Commercial Complaint
     Case *(non-tort/non-complex)*
   Other Civil Complaint
     *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition *(not specified
   above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult
     Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late
     Claim
   Other Civil Petition

**CIVIL CASE COVER SHEET**

**FW-001**   **Request to Waive Court Fees**

**CONFIDENTIAL**

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:

- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

*Clerk stamps date here when form is filed.*

FILED

2015 OCT -2  A 11: 05

S. Smith

*Fill in court name and street address:*

**Superior Court of California, County of**
Santa Clara.
191 North First St.
San Jose, CA 95113

① **Your Information** *(person asking the court to waive the fees):*
Name: Deanne Q. Lancaster
Street or mailing address: 5475 Glengate Ln #10
City: Cincinnati   State: OH   Zip: 45212
Phone number: 513 873-5124

② **Your Job,** if you have one *(job title):* _____
Name of employer: _____
Employer's address: _____

*Fill in case number and name:*

**Case Number:**
115CV286422

**Case Name:**

③ **Your Lawyer,** if you have one *(name, firm or affiliation, address, phone number, and State Bar number):*
_____
_____

  a. The lawyer has agreed to advance all or a portion of your fees or costs *(check one):*  Yes ☐   No ☐
  b. *(If yes, your lawyer must sign here)* Lawyer's signature:
     *If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

④ **What court's fees or costs are you asking to be waived?**
  ☒ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
  ☐ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

⑤ **Why are you asking the court to waive your court fees?**
  a. ☒ I receive *(check all that apply; see form FW-001-INFO for definitions):* ☒ Food Stamps ☐ Supp. Sec. Inc.
     ☐ SSP ☐ Medi-Cal ☐ County Relief/Gen. Assist. ☐ IHSS ☐ CalWORKS or Tribal TANF ☐ CAPI
  b. ☐ My gross monthly household income (before deductions for taxes) is less than the amount listed below. *(If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.)*

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | *If more than 6 people at home, add $433.34 for each extra person.* |
|---|---|---|---|---|---|---|
| 1 | $1,226.05 | 3 | $2,092.71 | 5 | $2,959.38 | |
| 2 | $1,659.38 | 4 | $2,526.05 | 6 | $3,392.71 | |

  c. ☒ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to:
     *(check one and you **must** fill out page 2):*
     ☒ waive all court fees and costs     ☐ waive some of the court fees
     ☐ let me make payments over time

⑥ ☐ Check here if you asked the court to waive your court fees for this case in the last six months.
   *(If your previous request is reasonably available, please attach it to this form and check here:)* ☐

I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.
Date: August 31, 2015
Deanne Q. Lancaster                                      ▶ Deanne Q. Lancaster
*Print your name here*                                         *Sign here* 

Judicial Council of California, www.courts.ca.gov
Revised March 1, 2015, Mandatory Form
Government Code, § 68633 Cal. Rules of Court,
rules 3.51, 8.26, and 8.818                    **Request to Waive Court Fees**                    **FW-001**, Page 1 of 2 →

Your name: _Deanne Q. Lancaster_

Case Number: _____

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only.*
*If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.*

**(7)** ☐ Check here if your income changes a lot from month to month. If it does, complete the form based on your average income for the past 12 months.

**(8) Your Gross Monthly Income**

a. List the source and amount of *any* income you get each month, including: wages or other income from work before deductions, spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. **Your total monthly income:** $_____

**(9) Household Income**

a. List the income of all other persons living in your home who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|------|-----|--------------|----------------------|
| (1) _____ | ___ | _____ | $_____ |
| (2) _____ | ___ | _____ | $_____ |
| (3) _____ | ___ | _____ | $_____ |
| (4) _____ | ___ | _____ | $_____ |

b. **Total monthly income of persons above:** $_____

**Total monthly income and household income** *(8b plus 9b):* $_____

To list any other facts you want the court to know, such as unusual medical expenses, etc., attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.

*Check here if you attach another page.* ☐

**Important!** If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.

**(10) Your Money and Property**

a. Cash $_____

b. All financial accounts *(List bank name and amount):*
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

c. Cars, boats, and other vehicles

| Make / Year | Fair Market Value | How Much You Still Owe |
|-------------|-------------------|------------------------|
| (1) _____ | $_____ | $_____ |
| (2) _____ | $_____ | $_____ |
| (3) _____ | $_____ | $_____ |

d. Real estate

| Address | Fair Market Value | How Much You Still Owe |
|---------|-------------------|------------------------|
| (1) _____ | $_____ | $_____ |
| (2) _____ | $_____ | $_____ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| Describe | Fair Market Value | How Much You Still Owe |
|----------|-------------------|------------------------|
| (1) _____ | $_____ | $_____ |
| (2) _____ | $_____ | $_____ |

**(11) Your Monthly Deductions and Expenses**

a. List any payroll deductions and the monthly amount below:
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. Rent or house payment & maintenance $_____
c. Food and household supplies $_____
d. Utilities and telephone $_____
e. Clothing $_____
f. Laundry and cleaning $_____
g. Medical and dental expenses $_____
h. Insurance (life, health, accident, etc.) $_____
i. School, child care $_____
j. Child, spousal support (another marriage) $_____
k. Transportation, gas, auto repair and insurance $_____
l. Installment payments *(list each below)*:
   Paid to:
   (1) _____ $_____
   (2) _____ $_____
   (3) _____ $_____
m. Wages/earnings withheld by court order $_____
n. Any other monthly expenses *(list each below)*.
   Paid to:                    How Much?
   (1) _____ $_____
   (2) _____ $_____
   (3) _____ $_____

**Total monthly expenses** *(add 11a–11n above):* $_____

**Request to Waive Court Fees**

**FW-003**

# Order on Court Fee Waiver
## (Superior Court)

*Clerk stamps date here when form is filed.*

(1) Person who asked the court to waive court fees:

Name: DeAnne Q. Lancaster

Street or mailing address: 5475 Glengate Ln #10

City: Cincinnati  State: OH  Zip: 4521?

(2) Lawyer, if person in (1) has one *(name, address, phone number, e-mail, and State Bar number)*: _____

_____

_____

*Fill in court name and street address:*

Superior Court of California, County of

SANTA CLARA
191 N. FIRST STREET
SAN JOSE, CA 95113

(3) A request to waive court fees was filed
on *(date)*: _____

☐ The court made a previous fee waiver order in this case
on *(date)*: _____

*Fill in case number and case name:*

Case Number:
115CV286422

Case Name:

*Read this form carefully. All checked boxes* ☑ *are court orders.*

---

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

---

(4) After reviewing your *(check one)*: ☐ *Request to Waive Court Fees* ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☐ The court **grants** your request, as follows:

(1) ☐ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rule 3.55.)* You do not have to pay the court fees for the following:

- Filing papers in Superior Court
- Making copies and certifying copies
- Sheriff 's fee to give notice
- Reporter's daily fee *(for up to 60 days following the fee waiver order at the court-approved daily rate)*
- Preparing and certifying the clerk's transcript on appeal
- Giving notice and certificates
- Sending papers to another court department
- Court-appointed interpreter in small claims court
- Court fees for phone hearings

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Reporter's daily fees *(beyond the 60-day period following the fee waiver order)*
☐ Other *(specify)*: _____
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

(3) ☐ **Fee Waiver for Appeal.** The court grants your request and waives the fees and costs checked below, for your appeal. *(Cal. Rules of Court, rules 3.55, 3.56, 8.26, and 8.818.)* You do not have to pay for the checked items.

☐ Preparing and certifying clerk's transcript for appeal
☐ Other *(specify)*: _____

---

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2009, Mandatory Form
Government Code, § 68634(e)
California Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Deanne Q Lancaster<br>5475 Glengate Ln #10<br>Cincinnati, OH 45242<br>TELEPHONE NO: 513-873-6124   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* dlann8@hotmail.com<br>ATTORNEY FOR *(Name):* | ENDORSED<br>FILED<br><br>2015 OCT -2  A 11: 06<br><br>David H. Yamasaki, Clerk of the Superior Court<br>County of Santa Clara, California<br>By_____ S. Smith |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: 191 North First St.
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Superior Court (DTS)

PLAINTIFF: Deanne Q Lancaster

DEFENDANT: Google Inc.

☐ DOES 1 TO  50

**CONTRACT**

☑ COMPLAINT   ☐ AMENDED COMPLAINT *(Number):*

☐ CROSS-COMPLAINT   ☐ AMENDED CROSS-COMPLAINT *(Number):*

Jurisdiction *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded ☐ does not exceed $10,000
   ☐ exceeds $10,000 but does not exceed $25,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:
115CV286422

1. **Plaintiff*** *(name or names):* Deanne Q Lancaster      Full Complaint is attached

   alleges causes of action against **defendant*** *(name or names):* Google Inc

2. This pleading, including attachments and exhibits, consists of the following number of pages: 199

3. a. Each plaintiff named above is a competent adult
   ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):* Deanne
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4.  *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☑ Doe defendants *(specify Doe numbers):* _____1-50_____ were the agents or employees of the named
          defendants and acted within the scope of that agency or employment.
      (2) ☑ Doe defendants *(specify Doe numbers):* _____1-25_____ are persons whose capacities are unknown to
          plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to    ☐ Civil Code section 1812.10   ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☐ Breach of Contract      Declatory Relief, Fraud, Aiding and Abetting,
   ☐ Common Counts       Harassement, Intentional Infliction of Emotional
   ☑ Other *(specify):*       Destress, Breach of Good Faith and Fair Dealing,
                               Copyright Infringements, Email Tampering,
9. ☐ Other allegations:    Computer Hacking, Negligence

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☑ damages of: $
    b. ☑ interest on the damages
       (1) ☑ according to proof
       (2) ☐ at the rate of *(specify):*        percent per year from *(date):*
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☐ other *(specify):* Attachment

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*
        Attachment

Date: August 31, 2015

DeAnne A. Lancaster
(TYPE OR PRINT NAME)

DeAnne A. Lancaster
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

**COMPLAINT—Contract**

# Deanne Lancaster

5475 Glengate Ln
Apt. 10
Cincinnati, OH 45212

September 26, 2015

Superior Court of California, Santa Clara County
191 N First Street
San Jose, CA 95113

Dear Sir or Madam:

This cover letter accompanies my complaint against Google Inc. serving as an apology and explanation for any formatting errors contained within. Google has placed a macro virus in the file to disrupt its completion and data corruption is unpredictable. Every effort was made to make this complaint free of errors.

Google has made the complicated process of writing this complaint into a frustratingly difficult process by disturbing the writing and editing process in Word 2003. I am not an attorney, and I have never filed a lawsuit until now. Unfortunately, I am not familiar with macros and cannot undo the damage that they have done to Word. I cannot use another computer as the virus goes along with the Word file. In printing the file there was data corruption and I was forced to use other means to print the complaint, which included cutting and pasting the 2 parts of each page together to create 1 image and retyping the entire complaint.

The following are problems that I noticed in the bad Word 2003 program:

- Every revision I make causes further corruption

- Random chapter numbers appear causing breaks in the format

- macros in the letter wizard have been disabled,

- editing a word or a line or making an addition to a paragraph causes the line spacing to change, when one part is fixed, the paragraph above changes line spacing

- the footnote and endnote process have been disabled,

- font sizes spontaneously change size,

- The exhibits ([See Exhibit a-w) randomly changes (due to addition in list)

- Cannot edit in Paint and unable to insert pictures into Word document

- Blank spaces that cannot be removed

- In saving a file, while typing the file name on the save page, the cursor jumps back into the document causing unwanted characters in the document,

- Please notice the vertical lines on page 1 of the complaint. They are different from the other pages because those lines were missing on page 1 only, which I did manually using the drawing tool in Word.

Sincerely,

Deanne Q. Lancaster

Deanne Q. Lancaster

September 26, 2015

Sophia Smith
Superior Court of California
Santa Clara County
191 N. First Street
San Jose, CA 95113

Dear Ms. Smith:

I tried to call you when you didn't return my call. In all I probably called about 15 times without response. The first call I made went through and I was put on hold for 5 or more minutes while going around and around with the main menu each time I clicked zero (0). Then I was disconnected. I called back and got the message: "This mailbox is not taking any calls, goodbye." Each subsequent time I called back I got the same message. I even tried another extension but I got the same message.

Since I was not able to get to speak to anyone I went ahead and completed the forms to the best of my ability. Thank you for sending the order for the fee waiver. In my online searches, I never came across that form so I wasn't aware of it. It is strange that you did not see the cover letter and the summons; they were right behind the complaint. The form letter you sent said to hole-punch (2 holes) and staple. In the CRC, I read that submissions greater than 10 pages must be bound with binder clips. There was no mention of stapling. You also reminded me to make sure that the summons matched the complaint. I did not understand what that meant.

Over all I believe that I have a completed packet for submission. I hope that you find no reasons to return the attached because the first submission cost more than a hundred dollars including printing, copying and shipping. This second submission will cost about the same.

Sincerely,

Deanne Q. Lancaster

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF SANTA CLARA

Deanne Q. Lancaster,
5475 Glengate Ln Apt. 10
Cincinnati, OH 45212
Telephone: (513) 873-5124
Email: dlann8@hotmail.com
Plaintiff in Pro Per

         Plaintiff,

   vs.

Alphabet Inc., Google Inc., YouTube

        Defendant

)
)
)
)
)
)
)
)
)
)

Case No.: **V15CV286422**

COMPLAINT

DEMAND FOR A JURY TRIAL

COMPLIANT FOR:

1) DECLATORY RELIEF
2) FRAUD
3) AIDING AND ABETTING
4) HARSSEMENT
5) INTENTIONAL INFLICTION OF EMOTIONAL DESTRESS
6) BREACH OF GOOD FAITH AND FAIR DEALING
7) COPYRIGHT INFRINGEMENTS
8) EMAIL TAMPERING
9) COMPUTER HACKING
10) NEGLIGENCE

DEMAND FOR JURY TRIAL

DATED: September 25, 2015

_Deanne Q. Lancaster_
DEANNE Q. LANCASTER

*Plaintiff in Pro Per*

COMPLAINT

Deanne Q. Lancaster
Plaintiff in Pro Per

# TABLE OF CONTENTS

I.     INTRODUCTION................................................................................1

II.    PARTIES......................................................................................2

   A.   Plaintiff...................................................................................2

   B.   Defendant ................................................................................2

   C.   Doe Defendants..........................................................................3

   D.   Agents and Co-Conspirators .............................................................4

III.   JURISDICTION AND VENUE..................................................................4

IV.   FACTUAL ALLEGATIONS ....................................................................5

   A.   Ms. Lancaster's Background...............................................................5

   C.   YouTube has procedures in place to ensure that the false administrators and agencies receive revenue from public domain videos uploaded by YouTube partners. ...........................................11

   D.   YouTube makes false statements of material fact ..........................................12

   E.   YouTube uses deception as a means of guiding revenue into the hands of false Administrators................13

   E.   Intentional Infliction of emotional distress by YouTube .....................................14

IV.   VIOLATIONS ALLEGED......................................................................18

FIRST CAUSE OF ACTION .......................................................................18

(Declaratory Relief) ...............................................................................18

SECOND CAUSE OF ACTION ....................................................................19

    (Fraud)........................................................................................19

THIRD CAUSE OF ACTION ......................................................................21

    (Aiding and Abetting).........................................................................21

FOURTH CAUSE OF ACTION ....................................................................22

    (Harassment)..................................................................................22

FIFTH CAUSE OF ACTION.......................................................................23

COMPLAINT
Deanne Q. Lancaster
Plaintiff in Pro Per

- i -

    (Intentional infliction of emotional distress)................................................................23

SIXTH CAUSE OF ACTION........................................................................................25

    (Breach of good faith and fair dealing).........................................................................25

SEVENTH CAUSE OF ACTION...................................................................................27

    (Copyright Infringements)............................................................................................27

EIGHTH CAUSE OF ACTION......................................................................................29

    (Email Tampering)........................................................................................................29

NINTH CAUSE OF ACTION.........................................................................................30

    (Computer Hacking).....................................................................................................30

TENTH CAUSE OF ACTION........................................................................................32

(Negligence)....................................................................................................................32

PRAYER FOR RELIEF...................................................................................................33

DEMAND FOR A JURY TRIAL.....................................................................................34

Summary..........................................................................................................................2

EXHIBIT C........................................................................................................................1

YouTube Forum Thread showing systematic bulling and abuse ......................................1

I, Plaintiff, Deanne Q. Lancaster based on my own experience and investigation allege against the Defendant, Alphabet Inc/Google Inc. /YouTube (from here on referred to as Google) as follows:

## I.      INTRODUCTION

1.  Ms. Lancaster brings this action as a result of Google Inc.'s fraudulent and unfair business practices. A subsidiary of Google's, YouTube, has engaged in a pattern and practice of misrepresenting the true copyright holder of public domain videos uploaded by YouTube partners, and has abused and harassed partners that fail to follow their scheme.

2.  A long list of false administrators/agencies claim rights to these public domain videos via YouTube's Content ID system. Because of this illicit practice, the false administrators and agencies are pocketing earnings from YouTube partners. [See Exhibit A]

3.  Based upon these misrepresentations, Google Inc. /YouTube have been able to acquire revenue that rightfully belongs to the plaintiff.

4.  Resisting YouTube's false claims has led to constant abuse and harassment by YouTube that has lasted over 2 years, which has greatly intensified during the weeks that plaintiff has been working on this complaint. [See Exhibit B]

5.  "Google asserted misuse of the DMCA in a filing concerning New Zealand's copyright act, quoting results from a 2005 study… Takedown notices targeting a competing business made up over half (57%) of the notices Google has received, the company said, and more than one-third (37%), 'were not valid copyright claims.' * ** ***

6.  Plaintiff's YouTube channel mainly consists of public domain videos and poetry videos that plaintiff created; therefore her channel should receive only a few notices of copyright infringements. The number of alleged copyright infringements plaintiff's channel has received, however, over the 2 years that she has been a YouTube user, is perhaps 400 or 500 and of those 400-500 maybe 5 were truly errors.

---

*Carolyn Dalton and Antoine Aubert (6 March 2009). "Google submission on TFC Draft ISP Copyright Code of Practice" (PDF)
**Laura Quilter and Jennifer Urban (2005). "Efficient Process or Chilling Effects? Takedown Notices Under Section 512 of the DMCA"- Summary Report" (PDF)
***"Google submission hammers section 92A" New Zealand PCWorld. 2009-03-16

---

COMPLAINT – Exhibits
Deanne Lancaster
Plaintiff in Pro Per

6.     The 2005 study showed that takedown notices made up over half of the notices Google received, and more than one-third "were not valid claims." Compare those statistics to the plaintiff's – 400/500 copyright infringement claims of which about 5 were valid. Google is almost 100% wrong in its copyright infringement claims against plaintiff.

7.     YouTube perpetrates a scam that starts with the acknowledgement that each YouTube user must agree to: "IN NO EVENT SHALL YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES,OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, -RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES,..." As a result of this, YouTube partners cannot oppose anything that YouTube does. YouTube's employees are free to abuse and harass any user without suffering negative consequences. [See Exhibit C]

## II.     PARTIES

**A.**     *Plaintiff*

9.     Plaintiff, Deanne Q. Lancaster is a member of the Google video upload service, YouTube, as a partner. Ms. Lancaster shares the revenue from advertisements which Google places on the uploaded videos.  Address: 5475 Glengate Lane Apt. 10, Cincinnati, Ohio 45212.

**B.**     *Defendant*

10.     Defendant, YouTube – a subsidiary of Google Inc., a subsidiary of Alphabet Inc., entity number C2785845, has its headquarters located at 1000 Cherry Ave., San Bruno, CA 94066. YouTube has an active status with Agent for Services of Process: Corporation Service Company which will do business in California as CSC – Lawyers Incorporating Service at 2710 Gateway Oaks Dr. Ste. 150N, Sacramento, CA 95833.

11.     (The online business search shows that YouTube's status is "surrender" which means that the business entity surrendered its right to transact business in the State of

California. However, given that Google recently purchased the two buildings that house YouTube headquarters it seems unlikely that a status of surrender is accurate.)

12.     Defendant Google Inc., entity number: C2474131, has its headquarters located at 1600 Amphitheatre Parkway Mountain View, CA 94043. Google is the main corporate parent of YouTube.

13.     In September of 2015 Larry Page announced a restructuring of the Mountain View Company. The parent company of Google will be Alphabet Inc. which now makes Google a subsidiary of Alphabet. Larry Page is CEO of Alphabet and Sergey Brin is the president of Alphabet. Eric Schmidt will continue in his position as Vice Chairman of Alphabet.

14.     Sundar Pichai who has been running Google since October is now the CEO of Google.*

15.     Google Inc. has an active status with Agent for Services of Process: Corporation Service Company which will do business in California as CSC – Lawyers Incorporating Service at 2710 Gateway Oaks Dr. Ste. 150N, Sacramento, CA 95833.

16.     (The online business search shows two different statuses for Google: active and inactive. Given the fact that a hacker is disrupting plaintiff's online searches, plaintiff believes that she may have been led to false web pages.)

17.     The CEOs, Executive Chairman, Vice Presidents, officers and YouTube representatives and employees of YouTube/Google/Alphabet Inc. are guilty of fraud, gross negligence, aiding and abetting, harassment, intentional infliction of emotional distress, copyright infringements, email tampering and computer hacking.

## C.     *Doe Defendants*

18.     The staff of the Copyright Service office at YouTube

19.     The staff at Google Support

20.     Anyone behind the false administrators and agencies

21.     Gbcali – pseudonym

22.     Andythebeagle- pseudonym

23.     Other persons and entities

---

*\* www.businessinsider.com/google-new-operating-structure-2015-8 Obtained on August 18. 2015*

24.     Does 6-70 whose identities are presently unknown to Plaintiff who participated in the events alleged herein which give rise to the claims asserted by the Plaintiff.

### D.   *Agents and Co-Conspirators*

25.     At all times herein mentioned, each of the Defendants hereinabove was the agent, servant, employee, partner, alter ego, aider and abettor, co-conspirator and/or joint venture of each of the remaining Defendants named herein and were at all times operating and acting within the purpose and scope of said agency, service, employment, partnership, conspiracy and/or joint venture, and each Defendant has ratified and approved the acts of each of the remaining Defendants.

## III.   JURISDICTION AND VENUE

26.     Jurisdiction over Google Inc. is proper under California Code of Civil Procedures §410.10.

27.     This court has general personal jurisdiction over Google Inc. because Google has had substantial and continuous business in California since September 1998 when Google filed for incorporation in California. Its main headquarters is located in Mountain View, Santa Clara County where Larry Page and Sergey Brin maintain day-to-day operations. In addition, stockholder meetings are held and proxies are collected at the Mountain View location. Venue is proper in this district pursuant to CCP § 393.

28.     This court has general personal jurisdiction over Google Inc. because it is incorporated under the laws of California, has had substantial and continuous business contacts with California. Its nerve center is located in Mountain View where it is qualified to do business.

29.     Action is an unlimited civil case.

## IV.   FACTUAL ALLEGATIONS

### A.   *Ms. Lancaster's Background*

30.     Deanne Lancaster is a competent adult. Her online name is Adrianne Quinlan. She joined YouTube in the spring of 2013 expressly to share her video poems with a greater audience. Her YouTube channel is: dutzupipe. Things did not go as planned; the number of viewers her channel received was small. As a result she decided to upload videos of classic TV shows and movies to entice new viewers to her poems.

31.     Very early on as a YouTube partner plaintiff discovered a discrepancy between what was said at YouTube help and what really happened at YouTube. She wrote a post on the YouTube forum to get answers but got abuse instead. [See Exhibit D]

32.     Plaintiff discovered that there are organized false copyright claimants who create false websites and dishonestly claim the rights to public domain videos to steal earnings from YouTube partners, and these false claimants make false statements under the penalty of perjury that they are the owners of said videos. 17USC §506
This illegal activity violates the DMCA rules and YouTube's own terms of service.*

33.     Some of these agencies that have been her tormentors are: ZYX DVD, Amp Music, Zylo, Music Magic India, Millimages, AdRev for a Third Party, BMG Rights Management, Base 79 Ent 3 (base 79), Grupa BB Media, [Merlin] The State 51 Conspiracy, Music Video Distributors, Cinetel Multimedia, SpiceDigitalMovies, Mayor International Entertainment, The Orchard Entertainment, and W4tch TV. And others administrators and agents listed on attached spreadsheet which will be used as evidence.

34.     After Ms. Lancaster posted on the YouTube forum. Two people responded to her post, gbcali and andythebeagle.

35.     The post stated something to the effect of: as a result of YouTube's practices and treatment of users I feel like a prisoner jailed for a crime that I did not commit. [See Exhibit D]

---

* YouTube does not permit copyright infringing activities and infringement of intellectual property rights on the service… YouTube's Terms of Services Chapter 7, last paragraph.

36.     Gbcali became unusually enraged and ranted about the plight of innocent prisoners, and andythebeagle piggybacked on gbcali's response adding, "The quicker you get educated, the better off you will be. It's either that or be terrified to drop the soap, because Bubba is gonna make you his lover." Ever since this incident plaintiff has been cyber-stalked and harassed. In the depraved minds of these responders, as well as in the minds of the YouTube employees that aid and abet their actions, they are just, fair and unequivocal, as is evidenced in the tone of voice of their correspondences.

37.     YouTube uses harassment to force plaintiff to comply with the public domain scam.

38.     Plaintiff uploaded videos and posted articles about the abusive practice by YouTube and this made her more of a target. [See Exhibit E]

39.     Defendant increased harassment as a result, to include annoying phone calls to her home, harassing calls on plaintiff's cell phone from many different states, and unwanted texts in English and Spanish from different 267 numbers.

40.     Defendant increased harassment exponentially as plaintiff began to write this complaint.

41.     Google's campaign against Ms. Lancaster has caused her to do triple the work on this complaint as it has been an annoyance to the plaintiff in disturbing her peace and tampering with her computer and software and Internet connection.

42.     Google made it near impossible to do any online research for the case against them on her home computers.

43.     Google took over her home computer and changed her passwords preventing plaintiff from access to it.

44.     Google disrupted her Internet service many times during the day.

45.     Google constantly invaded plaintiff's privacy as she browsed the Internet while doing research on this case, disrupting services, causing her computer to freeze up, and covering important parts of online documents with false ads without a close (X) button.

46.     Google was a constant harassing presence on plaintiff's cell phone which she turned to as a backup after her computer was rendered useless. Google even caused a malfunction of the Internet search by causing duplicate words and or nonsense letters to appear in the search box, and made editing search parameters a huge problem by causing the cursor to jump to the end of the search words after each letter plaintiff typed.

47.     Google continued damaging and disrupting Plaintiff's computer services forcing her to reset her computer 5 times.

48.     Google installed viruses, spyware and malware on plaintiff's computer.

49.     Resetting her computer did not give Plaintiff any relief from Google's attacks. The spyware and malware was there even after a reset.

50.     Google breached each attempt Plaintiff made to use proxy servers to hide her identity.

51.     The defendant's hackers have remarkable computer skills, efficient, and constant, no matter the hour of the day.

52.     On August 24, 2015 Google disrupted plaintiff's attempts to make screen shots of emails on her cell phone to use as evidence by causing the screen to lock up and showing only parts of the email.

53.     Google had intercepted an email from Chase bank to Ms. Lancaster, reworded the email to say something like the following: "Thank you for calling us about a transaction that you didn't recognize on your account. When we spoke you requested that we send all of your records regarding your claim electronically."

54. For the real email from Chase and the partial email that Ms. Lancaster was able to put together [See Exhibit F].

55. Harassment also included creating multiple Matched Third Party Content claims by falsely claiming plaintiff's videos as belonging to another holder. [See Exhibit A]

56. YouTube dishonestly disabled plaintiff's YouTube account for monetization for 6 months using false pretenses, claiming that she violated their rules.

57. YouTube issued a strike against plaintiff's account for a video that is in the public domain. [See Exhibit G]

58. Every notice of a strike comes with the warning: "Getting *multiple* copyright strikes can lead to the termination of your account and the removal of all your videos."

59. At the time that YouTube disabled monetization on plaintiff's account she had the one strike mentioned above.

60. Plaintiff notified YouTube of this error and explained that she had only one strike but YouTube refused to restore monetization on her account.

61. Plaintiff lost 6 months of earnings as a result of YouTube's refusal to correct the wrong.

62. In addition to the loss of earnings, plaintiff lost the ability to make appeals, to use custom thumbnails for her videos, and the ability to upload videos greater than 15 minutes in length.

63. Other forms of harassment by YouTube included using a part of her public domain videos, a song, or a scene from a movie in a video that they created and submitted to the Content ID system leading to copyright infringements.

64. A variation of that includes recreating a song from a public domain movie submitting it to Content ID system creating a copyright infringement.

65. False administrators and agencies hounded Ms. Lancaster non-stop.

66.     The music distribution agency ZYX DVD claimed one or two of plaintiff's Sherlock Holmes series videos at a time and released them a few days later, over and over for months. APM Music and Grupa BB Media Film claimed in the same manner. [See Exhibit B]

67.     YouTube caused a drastic reduction in plaintiff's earnings.

68.     YouTube turned the number of positive views for her videos into decreases causing her channel to lose earnings. Her earnings went from a high of over $500.00 per month to $140 currently. [See Exhibit H]

69.     Plaintiff would like to make it known that all of her engagement reports show increases, the number of views her channel receives, number of subscribers, number of comments, and the number of videos in playlists.

70.     Plaintiff depended on this income and worked hard to make her channel a great place for poems, classic TV shows and movies.

71.     YouTube sent each copyright infringement claim in the form of an email.

72.     To make apparent the amount of pressure plaintiff was put under, she began creating a spreadsheet of all the copyright infringement claims made by YouTube, the third party that claimed them, and the dates the claims were made and released.

73.     Plaintiff started over doing the spreadsheet three times because the data was inconsistent.

74.     What actually happened was that YouTube relentlessly hacked her gmail account and was moving around dates, claims and third parties. As a result she was never able to finish the spreadsheet. [See Exhibit A]

75.     More recently, August 29, 2015, the hacker verified that he was a Google employee by his actions.

76.     Perhaps showing off his impressive computer skills and evil abilities, the Google representative took videos from plaintiff's cell phone, created a movie "Google Photos" and put it on her YouTube home page.

77.     The videos were each only a few seconds long that plaintiff made to be used as evidence of the hacker's work.

78.     One week later the defendant took photos of plaintiff from her cell phone or her Google Drive account and made 3 collages of 4 photos each and put that on her YouTube page. This was the hacker's way of warning the plaintiff that he knew what she was doing, and that he had access to all of her documents.

79.     There is no longer any doubt that a YouTube/Google employee has been stalking, hacking, cracking, and torturing plaintiff for years.

80.     A Google Inc. representative would have access to plaintiff's YouTube account, and the hacker has access to plaintiff's computer and cell phone.

81.     Plaintiff was not able to access her Google account because her password was changed by a hacker. Suddenly today, 8/28/2015 Plaintiff started receiving emails from her gmail account again. This being after the account was taken over and Google denied her a password reset.

82.     Plaintiff had not visited her YouTube channel in a while since her Google password was taken over.

83.     Defendant made up a Matched Third Party Content claim and accused plaintiff of a copyright infringement. Plaintiff did not respond immediately to that email.

84.     Defendant created a takedown of one of plaintiff's public domain movies causing a strike.

85.     Defendant knew that plaintiff would respond immediately to a takedown, ensuring that she saw the obtrusive video.

*C.* ***YouTube has procedures in place to ensure that the false administrators and agencies receive revenue from public domain videos uploaded by YouTube partners.***

86.     There are organized false copyright claimants who create false websites and dishonestly claim public domain videos to steal earnings from YouTube partners. [See Exhibit I]

87.     These false claimants make false statements under the penalty of perjury that they are the owners of said videos.

88.     YouTube employees hide the truth behind an agreement that all YouTube users must agree to simply by using the site. As a result, YouTube employees feel that they cannot be prosecuted for any misrepresentations they make to users.

89.     YouTube's Content ID system was created to prevent copyright infringers from claiming legitimate copyrighted works.

90.     YouTube employees use the Content ID system illicitly for their benefit. YouTube allows anyone to submit claims for videos to the Content ID system without any quality control. So just about anyone can claim any video they want.

91.     YouTube will then sanction legitimate YouTube partners who hold valid copyrights, without investigation, accuse the partner of copyright infringements, and take the earnings from that partner and turn it over to the false claimant, thus enriching themselves and others.

92.     False claimants are aware that YouTube does not check the validity of claims made through the Content ID system. Many false claimants are YouTube own employees.

93.     For each video that gets a Matched Third Party Content claim YouTube takes away the advertising funds and turns it over to the false copyright holder. A partner must appeal this decision.

94.     To keep partners that do not play to their rules at bay, YouTube often would reinstate a claim instead of releasing it, forcing the partner to appeal a second time, and often they would turn the second appeal into a strike or a block which has the potential of leading to the termination of a channel.

95.     Each appeal takes 30 days to be resolved. During those days, advertising earnings go to the false claimant.

96.     YouTube now has 1 billion users.

97.     Earnings from video ads, to most YouTube partners, are small; a few cents a day. Picturing this scam of stealing earnings from public domain videos on a large scale; If YouTube gets even 1% of earnings from a tenth of those users they stand to make a great deal.

## D.     *YouTube makes false statements of material fact*

98.     Each time a YouTube employee removes one of plaintiff's public domain (PD) videos from the service because they receive a takedown notice from a claimant they make a false statement of material fact. As an example: plaintiff first received a copyright notice for the PD movie "Avenger – The Legend of Aeneas (1962)" in March 2014. Since then YouTube has blocked the movie and has taken it down twice. YouTube was aware that the movie was in the public domain since March of 2014; however, they continued to sanction plaintiff's channel with blocks and strikes for the same movie.

99.     YouTube had the responsibility to come forth and say that it was aware that the movie was in the public domain and not issue the false strikes against plaintiff's account.

## E.   *YouTube uses deception as a means of guiding revenue into the hands of false Administrators*

100.   YouTube uses deception to accomplish its deeds. Some of the movies they claimed as infringing were obviously in the PD yet YouTube imposed sanctions on plaintiff's account.

101.   "The Mark of Zorro" was made in 1920 automatically placing it in the public domain. A false administrator, AdRev for a Third Party claimed this movie at least 5 times starting in June of 2013. The most recent time it was claimed was June of 2015.

102.   YouTube's takedown of the "Mark of Zorro" as well as all of plaintiff's public domain videos is fraudulent. DMCA §512(f)*

103.   Plaintiff appealed the claim yet again and this time YouTube showed is trickery by skipping the first two steps of the appeal procedure in order to make a strike occur faster.

104.   YouTube took down the silent film "Cinderella 1914" another obvious PD film and issued plaintiff a strike. [See Exhibit J]

105.   On two occasions YouTube sent emails to plaintiff which supposedly came from AdShare Claims Team <Claims @adshare.tv> stating that they were writing on the behalf of BGM Rights Management

106.   The first email stated: "Please withdraw your appeal and allow ads to show on your video or remove the video from your channel. If neither of these actions are taken we will takedown the video in accordance with the Digital Millennium Copyright Act… After a manual review, the usage of this content does not meet the Fair Use guidelines." [See Exhibit K 5:19, 6:21,21]

---

\* Any person who knowingly materially misrepresents under this section – (1) that material or activity is infringing, or (2) that material or activity was removed or disabled by mistake or misidentification, shall be liable for any damages, including costs and attorneys' fees, incurred by the alleged infringer, by any copyright owner or copyright owner's authorized licensee, or by a service provider, who is injured by such misrepresentation, as the results of the service provider relying upon such misrepresentation in removing or disabling access to the material or activity claimed to be infringing, or in replacing the removed material or ceasing to disable access to it. DMCA §512(f)

107.   The first time YouTube sent such an email plaintiff removed the film: "Love Affair" because the email came from what she thought was an authority on the subject.

108.   When a second email came from "Claim Disputes Team, Adshare and was so blatantly false plaintiff realized that she was duped.

109.   BMG claimed "The Beverly Hillbillies 1-32 The Clampetts in Court. All of the episodes in first season of the Beverly Hillbillies are in the PD. [See Exhibit L]

110.   Out of sheer oppression and malice, YouTube intentionally and fraudulently denied Ms. Lancaster a counter-notification for the movie "The Avenger – the Legend of Aeneas* stating: "based on the information you have provided, it appears that you do not have the necessary rights to post the content on YouTube. Therefore, we regretfully cannot honor your request. It has not been forwarded to the original claimant, and we will not be able to restore the video... We unfortunately are unable to assist you further in this matter."

111.   Plaintiff requested help from the YouTube forum and was told that she could do a free-form counter-notification which she did and YouTube was forced to replace the movie. [See Exhibit K 6: 21a, 21b]

### E.   *Intentional Infliction of emotional distress by YouTube*

112.   Plaintiff's stress level is at an all-time high and this has caused her to become somewhat of a recluse. Depression and anxiety that plaintiff has been suffering as a direct result of YouTube's outrageous actions worsens the stress and causes her fibromyalgia to act up and the pains that accompany fibromyalgia to sharply increase.

113.   Plaintiff has had an over abundance of stress related problems resulting from YouTube's intentional infliction of emotional distress.

114.   She has lost over 20 pounds dealing with YouTube.

---

* 3294. (a) In an action for the breach of an obligation not arising from contract, where it is proven by clear and convincing evidence that the defendant has been guilty of oppression, fraud, or malice, the plaintiff, in addition to the actual damages, may recover damages for the sake of example and by way on punishing the defendant.

115.    She often doesn't sleep well waking at 3 or 4 in the morning and not being able to get back to sleep.

116.    Plaintiff frequently breaks out in hives and she currently suffers with body-wide Seborrheic Dermatitis.

117.    Plaintiff has lost the ability to concentrate; it takes a while for her to find the words she wants to say or to write.

118.    Plaintiff is constantly distracted and often involuntarily walks into walls, drop things, or fall over.

119.    Plaintiff depends on medications to fall asleep, to make it through the day. Her YouTube channel is always on her mind and the loss of income is worrying.

120.    The despicable actions by YouTube play around and around her mind.

121.    She has not been able to clean her apartment.

122.    Depression and stress has changed the way she interacts with her son; her mood is up and down and she often yells at him for little things when she normally would not.

123.    She doesn't cook everyday as usual so they eat mostly processed foods.

124.    Plaintiff's son is constantly worrying about her and this makes him sad and depressed, because he can't find a way to help her.

125.    Plaintiff sometimes feel like she will explode when YouTube puts on the pressure by creating an over-abundance of Matched Third Party Content claims, or trying to create three strikes to terminate her account.

126.    Plaintiff suffers with headaches, unexplained stomach problems, loose bowels, burning feet, numbness and body-wide pain.

127.    Paranoia has set in, whether real or imagined she feels as if YouTube will have someone hurt her, and this has made her reclusive nature hold her captive.

128.    This reclusive nature has made it very easy for plaintiff to identify the perpetrators. Her only communication for along time was with YouTube, with an occasional call from a sister, and she lives in a city where she knows no one. There is no one else in her life apart from her son.

129.    She has had many visits to the emergency room for chest pains brought about by anxiety attacks as a result of YouTube's deceit. [See Exhibit M]

130.    YouTube has hacked plaintiff's cell phone and home computers and has rendered her laptop ineffective by changing settings in the registry and control panel, corrupting settings, disabling passwords, controlling the web browser to prohibit her from visiting websites related to fixing the damage to her computer, her search for legal help, and even disturbed her watching movies and playing Sudoku online. [See Exhibit N] In addition they deleted files related to this case from her laptop.

131.    Plaintiff sent a letter to Google spelling out the problems in hopes of coming to some resolution but Google has remained silent and increased the harassment. [See Exhibit K]

132.    That letter was deleted from plaintiff's computer.

133.    YouTube disabled programs that plaintiff would use to track the cracker; they disabled the dos prompt making it impossible to "run" ipconfig and netstat. They also disabled her ability to do traceroot and whois, and TCPView preventing her from finding the cracker's IP address. They have even prevented her from checking for viruses online.

134.    YouTube has done very petty things like changing the tabs on her web browser. A small tab suddenly showed up on plaintiff's Firefox browser. This tab was labeled DAD for the music distribution group, Dance All Day and it could not be removed; there was no X (close). At the time this occurred plaintiff had been looking into Dance All Day to see if their website was real. [See Exhibit O]

135.    YouTube employees know all of plaintiff's contact information which makes it very easy to hack her email accounts and her bank accounts.

136.    YouTube partners must provide addresses and phone numbers to the claimants when doing an appeal or counter-notification, so the harassers knows where she lives and has full access to her account.

137.    Plaintiff feels violated.

138.    She cannot access her bank accounts on her cell phone because she gets a warning that her search is not safe.  She often sees the rundll32.exe, com surrogate file open in task manager on her computers.

139.    According to liutilites.com, rundll32.exe is a process registered as a backdoor vulnerability which may be installed for malicious purpose by an attacker allowing access to computers from remote locations.

140. The cracker has all of her information, financial and personal, copies of her credit reports; her retirement accounts; her bank account statements, copy of driver's license and passwords to her online accounts.

141. YouTube engaged in intentional access of a computer without authorization and there by obtained information contained in plaintiff's bank account and caused plaintiff to be no longer be identified as an account holder, causing her funds to be unavailable.*

142. Someone at YouTube stole her identity and purchased an $800 cell phone from her Fingerhut account. It was very easy to do because she kept screen shots of her security questions, customer ID and account number on her laptop.**

143. YouTube used the Synaptics Pointing Device Driver on 8/6/2015: SynTPEnhServices.exe on her laptop causing her mouse and touch pad to malfunction.

144. YouTube changed the entire set of Install on dates in control panel, Uninstall or Change a program, to 8/6/2015 to mask the newly installed malware.

145. YouTube disabled system protection on plaintiff's laptop to make recovery unavailable.

146. YouTube constantly breaks into any program she is working on and stops or impairs the program.

147. YouTube disconnects her internet access, all through the day to cause distress.

148. The following excerpt was taken from Copyright strike basics in YouTube help: "If you get a copyright strike that means your video has been taken down from YouTube because a copyright owner sent us a *complete legal request* asking us to do so. When a copyright owner formally notifies us that you don't have their permission to post their content on the site, we're required by law to takedown your upload."

149. The person requesting the takedown must certify that: "The information in this notification (Copyright Infringement) is accurate, and under the penalty of perjury, I am the owner, or agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed."

---

*Whoever intentionally accesses a computer without authorization or exceeds authorized access, and thereby obtains – information contained in a financial record of a financial institution, or of a card issuer as denied in section 1602 (n) of title 15… commits a criminal offense.

** Whoever knowingly and with intent to defraud, accesses a protected computer without authorization, or exceeds authorized access, and by means of such conduct furthers the intended fraud and obtains anything of value, unless the object of fraud and the thing obtained consists only of the use of the computer and the value of such use is not more than $5,000 in any 1-year period commits a crime. U.S. Code >Title 18 > Part 1> Chapter 47 § 1030

150.    There are many administrators who have perjured themselves repeatedly.
Most of the 400-500 copyright claims against plaintiff were done by administrators who perjured themselves

151.    YouTube knowingly hacked passwords to deny plaintiff access to her computer system.

# IV.    VIOLATIONS ALLEGED

## FIRST CAUSE OF ACTION

### (Declaratory Relief)

152.    Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151.

153.    Plaintiff has asserted a claim against Google seeking punitive damages against Google. The agreement prohibits special, punitive or consequential damages under any circumstances in the arbitration of Plaintiff's claim.

154.    The California Supreme Court has held that punitive damage prohibitions such as the one set forth in the agreement are unconscionable and are void as against policy and unenforceable. *Armendariz v. Foundation Health Psychcare Servs., Inc.* 24 Cal. 4th 83 (2000)

155.    The prohibition on punitive damages set forth in the agreement illegally deprives Plaintiff of her right to seek punitive damages in arbitration.

156.    Google Inc. acted in bad faith when it included the punitive damages prohibition in the Agreement.

WHEREFORE, plaintiff prays for relief as set forth below.

## SECOND CAUSE OF ACTION

### (Fraud)

157.   Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151.

158.   Ms. Lancaster claims that YouTube made a false representation that harmed her.

159.   Google/YouTube misrepresented to plaintiff that partners would get a certain percentage of advertising revenue, but that was not entirely true.

160.   YouTube had procedures in place to take earnings from plaintiff and channel those earnings into the hands of false administrators of copyright claims.

161.   YouTube intended plaintiff to rely on that representation and not question them in any way.

162.   Plaintiff did rely on that misrepresentation and when she discovered that the process told to her was not what really happened she sought help at the YouTube forum. This action is directly linked to the troubles that harm her currently. [See Exhibit D]

163.   False administrators and agencies claim that they own the copyrights of public domain videos.

164.   YouTube perpetrated this fraud and misrepresentation masking deceit behind an agreement that all YouTube users must agree to in order to be able to upload videos to YouTube which states essentially that YouTube or Google cannot be touched legally for anything they do. [See Exhibit K 3:14]

165.   YouTube took advantage of that agreement by organizing a system in which earnings from YouTube partners would flow into the hands of false administrators.

166.   YouTube used abusive and harassing tactics to enforce the scheme.

167.   YouTube uses deceit for the purposes of depriving plaintiff, as a YouTube partner, of earnings from advertising revenue from uploaded videos.

168.    YouTube is aware that many who claim copyrights of public domain videos are false, but they allow the theft of earnings to go to the false claimant.

169.    YouTube assists the false claimants in carrying out the scam by expediting the electronic process and protecting the false claimants by claiming that the YouTube partner that uploaded the public domain video in question is a copyright infringer.

170.    YouTube sanctions the partner that uploaded the video through maintaining the farce implemented by the false claimant and imposing fake Matched Third Party Content claims, blocks, and strikes on the partner that uploaded the public domain video.

171.    YouTube uses dishonest means for the purpose of depriving plaintiff of her legal right to use public domain videos in accordance with the law.

172.    YouTube's representation was false; YouTube was fully aware that funds were being misused, but each complaint plaintiff made to have YouTube stop misrepresenting the truth regarding public domain videos was ignored. [See Exhibit D]

173.    YouTube deceived Ms. Lancaster into believing that an authoritative voice was correct in claiming a certain video owned by BMG Rights Management or their client so Ms. Lancaster removed the video from her channel only to discover later that the voice of the so-called authority was merely another scam. [See Exhibit K 6:19-21]

174.    YouTube deceived plaintiff by claiming she was not eligible for a counter-notification when in fact she was. After completing a free-form counter-notification YouTube was forced to replace the video they took down. [See Exhibit P]

WHEREFORE, Plaintiff prays for relief as set forth below.

### THIRD CAUSE OF ACTION

#### (Aiding and Abetting)

175.    Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151.

176.    YouTube is aware that many who claim copyrights of public domain videos are false, but they allow the theft of earnings to go to the false claimant.

177.    YouTube assists the false claimants in carrying out the scam by expediting the electronic process and protecting the false claimants by claiming that the YouTube partner that uploaded the public domain video in question is a copyright infringer.

178.    YouTube sanctions the partner that uploaded the video through maintaining the farce implemented by the false claimant and imposing fake Matched Third Party Content claims, blocks, and strikes on the partner that uploaded the public domain video.

179.    YouTube uses dishonest means for the purpose of depriving plaintiff of her legal right to use public domain videos in accordance with the law.

180.    YouTube's representation was false; YouTube was fully aware that funds were being misused, but each complaint plaintiff made to have YouTube stop misrepresenting the truth regarding public domain videos were ignored.

181.    YouTube knows that the conduct of the false administrators constitutes a breach of duty and gives substantial assistance and encouragement to the false administrators.

182.    YouTube's conduct constitutes a beach of duty to plaintiff.

183.    YouTube participated and assisted in the misuse of earnings of public domain videos by failing to act when required to do so.

WHEREFORE, Plaintiff prays for relief as set forth below.

# FOURTH CAUSE OF ACTION

## (Harassment)

184.    Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151.

185.    YouTube intended to induce Ms. Lancaster to rely on its misrepresentations but when she became aware of the fraudulent acts, it began a campaign of harassment against her with the intention of terminating her account and shutting down her channel and to cause her emotional harm.

186.    Ms. Lancaster has been substantially harmed financially and physically by YouTube's misrepresentations and the abuse and constant harassment of two years.

187.    YouTube and its representatives engaged in claiming plaintiff as a copyright infringer with the intent to harass and annoy plaintiff.

188.    A pattern of harassment by YouTube included repeating charges of or allowing repeated charges of copyright infringement for the same video. [See Exhibit Q]

189.    YouTube followed or allowed false administrators to follow a pattern of claiming to own one or two episodes in a TV series, holding the copy-rights for a few days and releasing them a few days later. [See Exhibit B]

190.    YouTube followed or allowed to follow a pattern of orchestrating false strikes and blocks to plaintiff's channel with intent to terminate her account.

191.    YouTube or its representative threatened plaintiff by sending her a message with a scary face which stated: "You'll never see me coming." Plaintiff feared for her safety and the safety of her son.

192.    YouTube changed the plaintiff's engagement reports, number of views, number of subscribers, number of comments, and number of videos in playlist, to negative numbers when they were in fact all positive leading to loss of revenue. [See Exhibit H]

193.   Plaintiff on several occasions demanded that YouTube or its representatives cease and desist in creating false copyright infringements on her account. YouTube failed to do so, only to intensify the harassment.* [See Exhibit K 4:16]

WHEREFORE, Plaintiff prays for relief as set forth below.

## FIFTH CAUSE OF ACTION

### (Intentional infliction of emotional distress)

194.   Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151. The defendant threatened Ms. Lancaster with a message on her cell phone that stated: "You'll never see me coming," with intent to place plaintiff in fear for herself and her son.

195.   Ms. Lancaster has suffered substantially as a result of the campaign of harassment against her and her YouTube channel.

196.   Ms. Lancaster was tortured with hundreds of false copyright infringement claims, and orchestrated strikes and blocks.[See Exhibit A]

197.   Plaintiff has had to endure harassing phone calls and texts on her home phone and on her cell phone. [See Exhibit R]

198.   She has had to suffer through dealing with stolen identity in a situation involving her Fingerhut account for an $800.00 cell phone purchased by someone who changed her address to a California address. [See Exhibit S]

199.   Plaintiff was greatly stress with the drastic decrease in earnings from her channel after YouTube changed the positive numbers of her engagement reports to negatives. [See Exhibit H]

---

*For an example of a request plaintiff made to YouTube to stop the harassment see
A Plea to Google https://www.youtube.com/watch?v=-aierAHCNeM
For other videos by plaintiff regarding YouTube's faults see
YouTube Takedown https://www.youtube.com/watch?v=9epi4kQOiXl
The Joys and Sorrows of YouTube's Content ID https://www.youtube.com/watch?v=44nDAvveh4
A petition to Google https://www.youtube.com/watch?v=du4FpG0dlg
YouTube Takedown: A Call for Support https://www.youtube.com/watch?v=HmB9sgiYQfc

200.   Ms. Lancaster was greatly disturbed by the message left on her cell phone with a picture of a very scary face stating: "You'll never see me coming." This led to her increased fear in leaving her apartment.

201.   In the summer of 2013, shortly after the incident where plaintiff was reproached by the responders on the YouTube forum, gbcali and andythebeagle, plaintiff was shot at while returning home from her son's doctor's appointment. Thus her fear of leaving her apartment. This so greatly disturbed the plaintiff that she decided to move to Florida to live with an ex sister-in-law.

202.   Plaintiff paid $262.00 dollars for non-refundable bus tickets to Greyhound and lost that $262.00 when the sister-in-law backed out. [See Exhibit T]

203.   YouTube intentionally harassed Ms. Lancaster by damaging her YouTube channel with the intent to keep her channel in bad standing which would lead to termination of her account.

204.   YouTube intentionally harassed plaintiff by cracking her home computers.

205.   YouTube harassed plaintiff disturbing every online action by blocking certain websites, changing online files as she browsed the web to prevent her from finding the answers to her questions on this case, disconnecting her Internet connection several times a day, disturbing her time relaxing by disconnecting the Internet connection as she watched an online movie or played an online game.

206.   YouTube was relentless in its pursuit to torment Ms. Lancaster. There was no peace to be had.

207.   YouTube cracked plaintiff's gmail account and changed the elements of her emails to further terrorize her while she created a spreadsheet of the hundreds of copyright infringements brought against her. She attempted doing the spreadsheet three times because the data was not consistent. She discovered that YouTube was tampering with the emails in her gmail account switching elements around with intent to confuse, fluster and unnerve her.

208.   YouTube disrupted and rendered useless a service plaintiff purchased for $299.00 that was to be used catch the cracker.

WHEREFORE, Plaintiff prays for relief as set forth below.

### SIXTH CAUSE OF ACTION

#### (Breach of good faith and fair dealing)

209.    Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151.

210.    YouTube breached the covenant of good faith and fair dealing governing every copyright claim, strike and block to Ms. Lancaster's YouTube channel by using unfair tactics and hiding treachery behind an agreement that Ms. Lancaster was required to make in order to use YouTube's service.

211.    YouTube additionally breached the covenant of good faith and fair dealing by covering up its theft of partner's earnings through the use of false administrators and agencies.

212.    Additionally, YouTube breached the covenant of good faith and fair dealing by threatening, bullying, and harassing Ms. Lancaster instead of acknowledging their faults and schemes and apologizing.

213.    YouTube breached the covenant of good faith and fair dealing by hacking Ms. Lancaster's home computers and cell phone, downloading viruses to cause damage and to prevent Ms. Lancaster from doing research for this case.

214.    YouTube breached the covenant of good faith and fair dealing by preventing plaintiff from finding solutions to repair the damage done to her computers, and making it difficult to type this complaint by corrupting her Word program.

215.    In addition, YouTube breached the covenant of good faith and fair dealing by reworking the Exhibits outline removing the lines S-Z and increasing the font size to give it the look of one and a half pages as it was prior to the deliberate removal exhibits S-Z .

216.    YouTube breached the covenant of good faith and fair dealing by using macros on plaintiff's complaint and other Word documents that caused Word to malfunction, and using dirty tricks like disguising damaging programs as valid Microsoft updates to her Office 2003 software most recently on August 17, 2015. Microsoft ended support for Office 2003 in April, 2014, including online updates. [See Exhibit U]

217.    On August 25, 2015 YouTube made it very difficult by interrupting Ms. Lancaster as she wrote the footer of this complaint. She tried countless times to make it right, yet it would not work. It took two hours or more to complete just that part.

218. YouTube continuously made changes in the document - wording and formatting, causing the document continuously to change pages and positions, tabs and line spacing, basically making the normal elements of Word 2003 go haywire.

219. Ms. Lancaster disconnected her computer from the Internet to get some peace to continue writing this complaint. YouTube has obviously added malware to make the Internet connection appear as if it were disconnected. Google, being one of *the* computer people, know how to access computers even when they appear to be without Internet connection.

220. YouTube breached the covenant of good faith and fair dealing by altering files on the Internet as Ms. Lancaster did research.

221. YouTube breached the covenant by using scare tactics to get Ms. Lancaster to allow the false administrators to steal her YouTube earnings. By sending her a message which stated, "You'll never see me coming."

222. YouTube breached the covenant using its remarkable abilities in computer programming to continuously hack Ms. Lancaster email accounts and computers and cell phone and web browser. YouTube was relentless in its dirty deeds making it almost impossible for plaintiff to complete this complaint. In the end plaintiff had to abandon her writing efforts at home and visit the library to do the complaint, which did not help as the macro virus went along with the file.

WHEREFORE, Plaintiff prays for relief as set forth below.

## SEVENTH CAUSE OF ACTION

### (Copyright Infringements)

223.    Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151.

224.    YouTube engages in massive intentional copyright infringement.

225.    YouTube's employees are copyright abusers on a never-ending quest to enrich themselves. In pursuing this quest YouTube obliterated plaintiff's right to use works that are not under copyright through malicious, despicable and fraudulent means.

226.    Falsely claiming copyright of public domain works is a crime punishable by a fee of $2,500. YouTube knowingly and blatantly committed this crime of false claims of copyright ownership of public domain videos while accusing plaintiff of copyright infringements 400-500 times. Were YouTube to be fined for these atrocities they would owe approximately $1,125,000 just for copyright abuse alone.

227.    The problem of false copyright claims was addressed in 2007 by the Computer and Communications Industry Association of which Google is a member.*

228.    Google along with other computer giants filed a complaint with the Federal Trade Commission on behalf of consumers alleging that the copyright warning used by several book publishers, media companies, and sports leagues constituted a "systematic misrepresentation" of users "rights to use legally acquired content."*

229.    Google knows the law and blatantly disregards it while stepping on YouTube partners to acquire more riches.

230.    YouTube employees, as false administrators, perjure themselves in claiming that public domain videos of Ms. Lancaster are either theirs or their clients.

231.    YouTube employees used their authority as professionals to bully Ms. Lancaster into agreeing to their fraudulent copyright practices.

232.    YouTube's employees, with each count of false claims on public domain videos, infringed on the rights of the plaintiff.

---

* Law Library Journal Vol. 101:4 2009-25) "A Defense of the Public Domain: A Scholarly Essay.

233.    As Administrators or agencies, YouTube representatives, were the copyright infringers yet they persecuted plaintiff mercilessly for her to submit to their false demands.

234.    YouTube knowingly and intentionally accused plaintiff of copyright infringements for materials produced by the federal government and sanctioned her account by taking away her earnings and giving them to a false claimant.

235.    YouTube accused plaintiff of violating the DMCA's rules and YouTube Terms of Service.

236.    YouTube committed copyright infringements themselves each time they claimed a public domain video was theirs.[*]

237.    YouTube committed copyright fraud 400-500 times while accusing plaintiff of same.

238.    Plaintiff demanded that YouTube cease and abate the fraudulent copyright claims which they did not do.

WHEREFORE, Plaintiff prays for relief as set forth below.

---

[*]Any person who, with fraudulent intent, places on any article a notice of copyright or words of the same purport that such person knows to be false, or who, with fraudulent intent, publicly distributes or imports for public distribution any article bearing such notice or words that such person knows to be false, shall be fined not more that $2,500. DMCA 17 U.S.C § 506.

## EIGHTH CAUSE OF ACTION

### (Email Tampering)

239.    Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151.

240.    YouTube intentionally hacked Ms. Lancaster's AOL email account over 4 times over the past two years, and changed her password with the intent of causing her emotional distress.

241.    YouTube knowingly and purposely took over plaintiff's gmail account to reduce the likelihood of her using those emails as evidence in this case.

242.    Google denied her request to have her password reset.

243.    YouTube purposely took over plaintiff's Netzero email, her main email account, to cause her emotional distress because she would not be able to continue correspondence with her contacts and to reduce the likelihood of her using those emails as evidence in this case.

244.    YouTube took over plaintiff's Hotmail account several times.

245.    YouTube tampered with Ms. Lancaster's gmail, moving elements of the emails around, dates, third party names, names of videos to disturb a spreadsheet she was working on as evidence of all emails about copyright infringements received from YouTube's Copyright Service Center. [See Exhibit V]

246.    On 8/20/2015 YouTube knowingly and purposely intercepted an email from plaintiff's bank to cause her distress, and changed the details of the email, fishing for information. [See Exhibit F] On August 24, 2015 Google disrupted plaintiff's attempts to make screen shots of emails on her cell phone to use as evidence by causing the screen to lock up and showing only parts of the email.

247.    Google had intercepted an email from Chase bank to Ms. Lancaster, reworded the email to say something like the following: "Thank you for calling us about a transaction that you didn't recognize on your account. When we spoke you requested that we send all of your records regarding your claim electronically."

248.    Plaintiff had not received email for week on the only account she had left. On Wednesday, September 23, 2015, plaintiff received 5 emails and none had 9/23/15 as the date sent. I received 2 emails dated 9/15/15, 1 dated 9/21/15, another dated 9/22/15, and the last dated 9/23/15. Someone is picking and choosing what email I receive.

WHEREFORE, Plaintiff prays for relief as set forth below.

# NINTH CAUSE OF ACTION

## (Computer Hacking)

249.   Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151.

250.   Plaintiff alleges that YouTube or a representative of YouTube invaded her privacy by tampering, interfering, damaging, and accessing lawfully created computer data and computer system without authorization.

251.   Plaintiff further alleges that YouTube knowingly accessed, and without permission, damaged, altered, deleted and destroyed data in her home computer system, electronic mail accounts, and her personal websites, and cell phone with the intent to devise or execute a scheme to cause distress, defraud, and deceive.* [See Exhibit W]

252.   YouTube knowingly introduced one or several computer contaminant(s) that altered how dos works, TCPView, and other programs on her computer system to prevent plaintiff from accessing information to identify cracker. 18 U.S.C. § 1030 (a) (5)

253.   YouTube knowingly, and without permission, disrupted computer services to Ms. Lancaster, an authorized user.

254.   YouTube knowingly, and without permission, used Ms. Lancaster's computer system.

255.   YouTube knowingly and without permission used a computer program called SynTPEnhService.exe to change the actions of her mouse and keypad.

256.   YouTube knowingly altered, damaged, and destroyed Microsoft Word 2003. 18 U.S.C. § 1030(a)(5)

257.   YouTube knowingly and intentionally hacked plaintiff's cell phone, stole videos that plaintiff made of hacker disturbing and damaging her computer, made a home movie of those videos, and placed it on plaintiff's YouTube page to annoy and distress plaintiff. 18 U.S.C. § 1030(a)(7)

258.   YouTube knowingly and intentionally hacked plaintiff's cell phone, stole pictures of plaintiff, made 3 collages of 4 pictures each an put them on her YouTube channel.

259.   YouTube knowingly and intentionally hacked plaintiff's cell phone and damaged the phone's ability to link to a computer for file transfer (pictures and emails for evidence).

---

* Whoever knowingly causes the transmission of a program, information, code or command, and as a result of such conduct, intentionally causes damage without authorization to a protected computer**...CFAA (a) (5)
** Section 18 U.S.C. § 1030(e)(2)"In practice, any ordinary computer has come under the jurisdiction of the law (as a protected computer), including cell phones...Varma, Corey." What is the Computer Fraud and Abuse Act" www.corevvama.com

260.    Defendant knowingly disrupted plaintiff's searches for USC codes and rules of the court by covering the websites with advertisements.

261.    YouTube knowingly hacked passwords to deny plaintiff access to her computer system.

262.    YouTube or a representative of YouTube knowingly and intentionally disrupted plaintiff's completion of this complaint by disabling the endnote component of Word 2003 and then called it to plaintiff's attention by opening up the endnote section which was unusable.

263.    YouTube knowingly and intentionally disabled the boarder lines on page 1 of this complaint which plaintiff fixed using the drawing tools. Defendant then disabled the line drawings making it impossible to redo.

264.    YouTube or a representative of YouTube "wrestled" with plaintiff as she attempted to remove malware by the name of TiWorker from her computer system by taking control of her computer as trusted installer.

265.    YouTube or a representative of YouTube disabled the internet service on her laptop computer to cause distress and increase the difficulty of her completing this complaint.

266.    YouTube representative knowingly and without permission accessed plaintiff's computer system and took Fingerhut account number, security questions and answers, and customer ID from plaintiff's computer and used the information to purchase an $800.00 cell phone, and changed her address to a California address. [See Exhibit S]

267.    YouTube knowingly and without permission used Ms. Lancaster's electronic mail services, hacked her profile and changed passwords taking over her accounts.

268.    YouTube knowingly accessed and used plaintiff's Facebook profile with intent to post pornographic images from her account.

269.    YouTube or a representative(s) of YouTube were constantly on remotely on plaintiff's computer disrupting her work or leisure.

270.    Plaintiff disconnected the computer from the Internet yet they still caused damage. Ms. Lancaster does not know how they were able to accomplish that, but suspected a virus or some form of malware downloaded to her computer.

WHEREFORE, Plaintiff prays for relief as set forth below.

## TENTH CAUSE OF ACTION

### (Negligence)

271.    Plaintiff incorporates and re-alleges every allegation set forth in Paragraphs 1-151.

272.    On many occasions plaintiff communicated the fraudulent acts to the Copyright Service Center, YouTube's support, posts on her YouTube discussion page and videos of same, [See Exhibit X] and also on the YouTube forum. In June, 2015 Ms. Lancaster mailed an 8 page letter along with evidence of YouTube's fraudulent behavior and harassment to the Custodian of Records at Google Inc. headquarters.  [See Exhibit K] Google did not acknowledge plaintiff's letter or evidence, and Google did not put a stop to the harassment. Harassment increased. There are still unresolved copyright infringement claims on plaintiff's channel, some of which have been there since January, 2015. YouTube continues to add more false copyright infringes to plaintiff's account.

273.    The administration of Google is responsible for knowing what their employees are doing, and are negligent of maintaining internal control of over said employees, and allowing significant deficiencies, deceitfulness,  greed and weakness to go unpunished.

274.    Google failed to develop and document effective policies and procedures governing the acts of its YouTube employees.

275.    Google failed to establish safeguards and controls to prevent the fraudulent practices of its YouTube employees.

276.    Google failed to establish safeguards and controls to insure remediation of identified internal control deficiencies.

277.    Google allowed the depravity of its employees against YouTube users to continue without restraint.

278.    Google failed to hear plaintiff's plea for help and ignored the damaging effects of YouTube and the hacker's actions.

279.    YouTube employees were without adequate supervision and review.

280.    Whether through negligence or intention, Google aided and abetted YouTube workers in the falsity that they have been perpetrating.

281.    On 8/28/2015 defendant took down another public domain video causing a strike against plaintiff's account, and accused plaintiff of another copyright infringement.

WHEREFORE, plaintiff prays for relief as set forth below:

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief as set forth below:

A.  Actual damages, statutory damages, punitive damages and such other relief as provided by statutes cited herein;

B.  Pre-judgment and post judgment interest on such monetary relief;

C.  Equitable relief in the form of an injunction prohibiting the illicit conduct described herein;

D.  Equitable relief in the form of an agreement to restore plaintiff's YouTube channel to its pre-harassment state; in good standing, replacing all lost earnings as a result of deception and trickery; and free from false copyright claims forever.

E.  Equitable relief in the form of an agreement to provide names and contact information for the stalker and for every false administrator involved in the harassment described herein.*

F.  Equitable relief in the form of replacing the 2 desktop computers, 1 laptop computer and 1 smart phone destroyed by defendant.

G.  The cost of bringing this suit, and

H.  All other relief to which Plaintiff may be entitled at law or equity.

DATED: September 25, 2015                DEANNE Q. LANCASTER

*Plaintiff in Pro Per*

---

\* 3294. (a) In an action for the breach of an obligation not arising from contract, where it is proven by clear and convincing evidence that the defendant has been guilty of oppression, fraud, or malice, the plaintiff, in addition to the actual damages, may recover damages for the sake of example and by way on punishing the defendant.
\* Subpoena To Identify Infringer – (1) Request. – A copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection. DMCA 17 U.S.C. § 512 (h) 1-6

# DEMAND FOR A JURY TRIAL

Plaintiff hereby requests a jury trial on any and all claims so triable.

DATED: September 25, 2015                      DEANNE Q. LANCASTER

*Plaintiff in Pro Per*

# Summary

Plaintiff's problems with Google are not slowing down. She is currently receiving more copyright infringement claims, harassing phone calls, tampering with her cell phone and the internet browser on her desktop computer. Throughout this complaint plaintiff has asserted that the hacker was male. Recent events show that the hacker may be female. On Tuesday, September 22, 2015 plaintiff received 3 suspicious calls. The first caller was silent. The second call was a female's voice giggling, and the third call was a female's voice mimicking plaintiff, "Hello," *"Hello,"* "Hello," *"Hello,"* "Who's calling?" *"Who's calling?"*

DMCA rules state that a counter-notification must be resolved within 10 days. On August 28, 2015 plaintiff received a takedown notice for the public domain film, Martin Luther, and submitted the counter-notification that same day. After about 15 days plaintiff sent an email to Copyright Services requesting the results of the counter-notification. On 9/15/2015 the DMCA compliance team acknowledged receipt of the counter-notification and on that same day Copyright Services notified plaintiff that they replaced her movie. Because of tampering with her email, plaintiff received the notification on 9/23/15.

The depravity of the employees at Google knows no bounds. YouTube employees are so unbelievably crass and unfeeling that plaintiff wanted to believe that there was some form of mass hysteria at the root of all the evil they do – perhaps sick building syndrome, for example. Madness is not catching. They are fully aware that plaintiff is about to bring a lawsuit against them, however, they persist in harassing plaintiff. They have no fear of reprisals whatsoever.

Plaintiff tried on many occasions to appeal to someone with a kind ear, and over the 2 years of harassment and abuse no one, not one person showed even the slightest interest in helping her.

Plaintiff wrote a letter to the Custodian of Records at Google hoping that someone in the Google administration would put a stop to the constant abuse and harassment. Google did not

1   respond to plaintiff. The one good thing plaintiff can say about Google is that it has employees

2   that are extremely skilled in hacking and tempering and creating havoc in the lives of innocents.

3       Google does a lot for its employees, free meals, swimming pool, exercise equipment, etc.

4   This fun exterior is misleading. This gives the impression that Google has a heart under all that

5   technology.  The truth is that the fun is just a mask that conceals the worst kinds of trolls.

6       I read somewhere someone said, "Google is evil," and I thought, *how silly.* It turns out

7   that that young woman knew what she was talking about. Google is not just evil, it's a bully.

8       I hope to learn from this trial that my impressions of Google are incorrect and that there

9   is a valid reason why no one came forth to help me. My son believes that there is nothing better

10   than Google. I don't want to prove him wrong.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPLAINT – Summary
Deanne Lancaster
Plaintiff in Pro Per

# Exhibits

A.   Spreadsheet of false allegations brought against plaintiff.- Partial list of false allegations of the second spreadsheet plaintiff prepared – to show computer hacking. The second list would not print.

B.   List of Sherlock Holmes, Bonanza, and Man Against Crime episodes claimed then released indicating a pattern of abuse.

C.   YouTube Forum Thread showing bulling and abuse to YouTube Users

D.   YouTube Forum thread of plaintiff's first encounter with abuse from YouTube representatives.

E.   Articles posted requesting a stop to the harassment - A Plea to Google

F.   Emails from Chase, real and phony

G.   Strikes for pd videos and email to YouTube support regarding lost 6 months of earnings

H.   Screen shots showing changes to engagement reports

I.   Evidence of false ZYX DVD website

J.   Cinderella 1914 strike

K.   Letter to Google

L.   Beverly Hillbillies strike

M.   Proof of health problems

N.   User Accounts missing "create password reset disk" and User Account, "Change Account Type" is disabled. When trying to change back to administrator from Google's computer damages the "Change Account Type is grayed out.

O.   Firefox tab DAD

P.   Free-form counter-notification

Q.  Repeated charges for the same video showing abuse and harassment

R.  Copies of unwanted phone calls and texts, and police records

S.  Fingerhut invoice showing identity theft.

T.  Proof of loss of $262.00 for Greyhound tickets after I was shot at.- Proof of filing police reports for identify theft, shooting - which the police called "criminal damage," and harassment at home

U.  Windows update Office 2003 - Proof of Word 2003 tampering

V.  Proof of Email tampering – screen shots of emails

W.  Evidence of hacking:

    1.  Print screen of Task Manager showing COM Surrogate

    2.  Norton Alert showing gamesappintegration

    3.  Cannot connect to the real www.google.com

    4.  Google's connection is untrusted

# EXHIBIT A

D217        AdRev for a 3rd Party

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Valid Claim | Date | Video Title | Third Party | Date Released | Reinstated Claim | | |
| 2 | | 4/24/2013 | The Stree Fighter 1974 Full Movie | Percept | | | | |
| 3 | | 4/24/2013 | Reefer Madness | daredo GmbH | 5/27/2013 | | | |
| 4 | | 4/25/2013 | Driller Killer | The Harry Fox Agency, Inc. (HFA) | | | | |
| 5 | | 4/26/2013 | Carnival of Souls | The Orchard Music, One or more music publishing, | 5/20/2013 | | | |
| 6 | | 4/28/2013 | Superman: Bllion Dollar Limited | Cinetel Multimedia and Warner Bros. Entertainment | 5/13/2013 | | | |
| 7 | | 4/28/2013 | Superman: Jungle Drums | Cinetel Multimedia and Warner Bros. Entertainment | 5/13/2013 | | | |
| 8 | | 4/28/2013 | Superman: Distruction Inc | Cinetel Multimedia and Warner Bros. Entertainment | 5/13/2013 | | | |
| 9 | | 4/28/2013 | Superman: Eleventh Hour | Dance all Day | 5/14/2013 | | | |
| 10 | | 4/28/2013 | Superman:Showdown | Cinetel Multimedia and Warner Bros. Entertainment | 5/13/2013 | | | |
| 11 | | 4/28/2013 | Superman:Japoteurs | Cinetel Multimedia and Warner Bros. Entertainmen | 5/13/2013 | | | |
| 12 | | 4/28/2013 | Superman: Electric Earthquake | Warner Bros. Entertainment | 5/13/2013 | | | |
| 13 | | 4/28/2013 | Superman: Volcano | Cinetel Multimedia and Warner Bros. Entertainmen | 5/13/2013 | | | |
| 14 | | 4/28/2013 | Superman: Tne Magnetic Telescope | Cinetel Multimedia and Warner Bros. Entertainmen | 5/13/2013 | | | |
| 15 | | 4/28/2013 | Superman: The Bulleteers | Cinetel Multimedia and Warner Bros. Entertainmen | 5/13/2013 | | | |
| 16 | | 4/28/2013 | Superman: The Arctic Giant | Cinetel Multimedia and Warner Bros. Entertainment | 5/13/2013 | | | |
| 17 | | 4/29/2013 | Superman:Mechanical Monsters | Cinetel Multimedia and Warner Bros. Entertainmen | 5/13/2013 | | | |
| 18 | | 4/28/2013 | Superman: The Mad Scientist | Cinetel Multimedia and Warner Bros. Entertainmen | 5/16/2013 | | | |
| 19 | | 5/1/2013 | The 39th Steps | egeda | 5/14/2013 | Video blocked | | |
| 20 | | 5/8/2013 | Waltzes from Vienna | UMPG Publishing and Warner Chappell | | | | |
| 21 | | 5/8/2013 | Sabotage | egeda | | | | |
| 22 | | 5/12/2013 | Betty Boop Crazy Inventiona | DashGo/Audiobee | | | | |
| 23 | | 5/12/2013 | Betty Boop Happy You and Merry Me | Millimages | 5/24/2013 | | | |
| 24 | | 5/15/2013 | Wives Under Suspicion | NBC Universal | 5/16/2013 | Video blocked | | |
| 25 | | 5/16/2013 | Superman Electric Earthquake | Cinetel Multimedia | 5/17/2013 | | | |
| 26 | | 5/16/2013 | SupermanEleventh Hour | Cinetel Multimedia | 5/17/2013 | | | |
| 27 | | 5/16/2013 | Night of the Living Dead | MinervaPicturesGroup | 5/17/2013 | | | |
| 28 | | 5/12/2013 | Bonanza: Season 2. Episode 1 The Savage | UMPG Publishing and  AdShare MG | 5/20/2013 | | | |
| 29 | | 5/17/2013 | Dementia 13 | AdRev Publishing | 5/17/2013 | 5/21/2013 | | |
| 30 | | 5/18/2013 | A Star is Born | Music Video Distributors | | | | |
| 31 | | 5/19/2013 | Til the Clouds Roll By | WMG, Kontor New Media and Ingroove and UMG and IODA | | Takedown | | |
| 32 | | 5/20/2013 | Strange Love of Martha Ivers | paramount_vfp | | Video blocked | | |
| 33 | | 5/20/2013 | Betty Boop: Not Now | Millimages | 5/24/2013 | | | |
| 34 | | 5/20/2013 | Betty Boop: Rise to Fame | DashGo/Audiobee | 5/17/2013 | | | |
| 35 | | 5/22/2013 | Copy of Frenzy Trailer | MOVIECLIPS | 5/17/2013 | | | |
| 36 | | 5/16/2013 | Betty Boop: Happy You and Merry Me | Millimages | 5/24/2013 | | | |

H ◀ ▶ ▶I \ Sheet1 / Sheet2 / Sheet3 /

Ready

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 37 | | 5/25/2013 | Betty Boop: I'll Be Glad When You're Dead, You Rascal | Believe. IODA | | | |
| 38 | | 5/25/2013 | Betty Boop: Betty in Blunderland | Millimages | | | |
| 39 | | 5/25/2013 | Betty Boop: Buzzy Boop | Millimages | | | |
| 40 | | 5/20/2013 | Little Annie Rooney | paramount_vfp | 5/26/2013 | 5/22/2013 | |
| 41 | | 5/29/2103 | Teenager From Outer Space | One or more music publishing rights collecting societies | 5/26/2013 | | |
| 42 | | 5/30/2013 | Teenager From Outer Space | IODA | 5/30/2013 | | |
| 43 | | Missing | House on Haunted Hill | One or more music publishing | 5/30/2013 | | |
| 44 | | Missing | Carnival of Souls | The Orchard Music. One or more music publishing rights | | | |
| 45 | | 5/31/2013 | Felix the Cat: Felix Finds Out | Kontor New Media. IODA | 5/24/2013 | | |
| 46 | | 5/31/2013 | Felix the Cat:Felix Goes West | Music Shake | 5/30/2013 | | |
| 47 | | 6/4/2013 | The Fall of the House of Usher Trailer | MOVIECLIPS | | | |
| 48 | | 6/4/2013 | Small Fry | Music Video Distributers | 5/27/2013 | | |
| 49 | | 6/4/2013 | Somewhere in Dreamland | Gaiam | 5/20/2013 | | |
| 50 | | 6/4/2013 | The Cobweb Hotel | Music Video Distributers | | | |
| 51 | | Missing | Dead on Arrival | IODA | 6/25/2013 | | |
| 52 | | 6/26/2013 | Felix the Cat: Doubles for Dawrin | Virtual Label LLC | | | |
| 53 | | 5/26/2013 | Mark of Zorro | AdRev for a 3rd Party | | | |
| 54 | X | 5/31/2013 | Ten Commandments | paramount_vfp | | | |
| 55 | | 7/9/2013 | The Flying Deuces | Kontor New Media GmbH | 7/13/2013 | | |
| 56 | | 7/15/2013 | The Curious Adventures of Mr. Wonderbird | Studio Canal | | Video blocked | |
| 57 | | 7/15/2013 | The 39th Steps | VPRO_NL | 7/13/2013 | | |
| 58 | | 7/18/2013 | The Street Fighters Last Revenge | TOEI CO.,LTD Takedown | 7/15/2013 Takedown | | |
| 59 | | 7/20/2013 | The Beverly Hillbillies 1-7 | UMG | | | |
| 60 | | 7/20/2013 | The Beverly Hillbillies 1-2 | UMG | | | |
| 61 | | 7/20/2013 | The Beverly Hillbillies 2-17 | UMG | | | |
| 62 | | 7/13/2013 | The Man from Utah (1934) | W4tch TV | | | |
| 63 | | 7/15/2013 | Riders of Destiny (1933) | W4tch TV | | | |
| 64 | | | Hell Town - Born to the West (1937) | W4tch TV | 9/3/2013 | | |
| 65 | | 8/30/2013 | The Lost World | Music Video Distributers | 9/3/2013 | | |
| 66 | | 7/10/2013 | Bonanza: Season 2, Episode 5, The Hopefuls | Source1MediaNL | | | |
| 67 | | 7/17/2013 | Bonanza: Season 2, Episode 5, The Hopefuls | BBMedia | | | |
| 68 | | 7/17/2013 | The Lost World | BBMedia | | | |
| 69 | | 7/18/2013 | Randy Rides Alone | MegaTube | | | |
| 70 | | 7/18/2013 | The Street Fighters Last Revenge | TOEI CO.,LTD | | | |
| 71 | | 8/22/2013 | | BBMedia | | | |
| 72 | | 1/5/2014 | Dragnet: The Big Mother | NBC Universal | | Video blocked | |

Sheet1 / Sheet2 / Sheet3 /

Ready

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 73 | | 1/7/2013 | Bonanza: The Mission | Zylo | 9/3/2013 | | |
| 74 | | 1/21/2013 | The Man Behind the Gun | Zylo | 9/3/2013 Video blocked | | |
| 75 | | 8/2/2013 | Bonanza | Zylo | | | |
| 76 | | | God's Gun | Zylo | 1/2/2013 | | |
| 77 | | 8/29/2013 | Multiple Bonanza episodes | Zylo | 1/6/2014 | | |
| 78 | | 8/31/2013 | | Zylo | | | |
| 79 | | 10/1/2013 | Night of the Living Dead 1968: | Zylo | 3/3/2014 | | |
| 80 | | 1/5/2014 | Superman:Billion Dollar Limited | Zylo | 1/28/2014 Video blocked | | |
| 81 | | 1/5/2014 | Betty Boop:House Cleaning Blues | Zylo | 3/23/2014 Video blocked | | |
| 82 | | 1/21/2013 | Superman: The Bulleteers | Pathe | 3/3/2014 Video blocked | | |
| 83 | | 1/21/2013 | Betty Boop: Stop That Noise | AdRev for a 3rd Party | | | |
| 84 | | 1/27/2014 | Popeye: Private Eye Popeye | Zylo | 3/20/2014 Video blocked | | |
| 85 | | | Popeye: Taxi Turvey | Zylo | 3/20/2014 Video blocked | | |
| 86 | | 3/1/2014 | Popeye: Popeye Meets Sinbad the Sailor | Zylo | 3/20/2014 Video blocked | | |
| 87 | | 3/11/2014 | Superman Mad Scientist | Zylo | 3/20/2014 | | |
| 88 | | 3/13/2014 | Popeye: Popeye Meets Ali Baba's Forty Thieves | Zylo | 3/20/2014 Video blocked | | |
| 89 | | 3/14/2014 | The Avenger: The Legend of Aeneas | Zylo | 3/20/2014 | | |
| 90 | | 3/16/2014 | Goose Little Miss Muffet | Zyx_Music_GmbH | 3/20/2014 | | |
| 91 | | 3/16/2014 | Superman:The MagneticTelescope | Zylo | 3/20/2014 | | |
| 92 | | 3/16/2014 | Superman: Volcano | Zylo | 4/1/2014 | | |
| 93 | | 3/16/2014 | Superman: Electric Earthquake | Zylo | | | |
| 94 | | 3/19/2014 | Betty Boop: Betty Boop and Grampy (1935) | Zylo | | | |
| 95 | | | Popeye: Popeye's 20th Anniversary | Zyx_Music_GmbH | 4/7/2014 | | |
| 96 | | 3/29/2014 | Superman:Japoteurs | BBMedia | 4/7/2014 | | |
| 97 | | 3/28/2014 | The Devil of the Desert Against the Son of Hercules | AdRev Publishing | 4/7/2014 | 3/31/2014 | |
| 98 | | 4/7/2014 | Betty Boop: Swat That Fly | Sony Pictures Movies & Shows | 4/7/2014 | | |
| 99 | | | Betty Boop The Impractical Joker (1937) | | 4/15/2014 | | |
| 100 | | | Popeye: Shuteye Popeye | Visual content | 4/15/2014 | | |
| 101 | | | Popeye: Parlez Vous Woo | | 4/30/2014 | | |
| 102 | | 4/13/2014 | The Man from Utah (1934) | CD Baby | 4/15/2014 | | |
| 103 | | 4/13/2014 | The Flying Deuces (1939) | Music Video Distributors | 4/15/2014 | | |
| 104 | | 4/13/2014 | The Living Christ Series: Chapter 12 - Crucifixion | IODA | 4/15/2014 | | |
| 105 | | 4/13/2014 | Disorder in the Court | The Orchard Music  Takedown | 4/17/2014 Video blocked | | |
| 106 | | 4/13/2014 | The Streets of New York | AdRev for a 3rd Party | 4/30/2014 | | |
| 107 | | 4/14/2014 | Martin Luther | AdRev for a 3rd Party | 4/29/2014 | | |
| 108 | | 4/14/2014 | Dixiana | egeda | | | |

Sheet1 / Sheet2 / Sheet3 /

Ready

D109

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 109 | | 4/14/2014 | Teacher's Pest | | | |
| 110 | | 4/28/2014 | Balloon Land | | 5/1/2014 | |
| 111 | | 4/28/2014 | Destination Earth | IODA | 5/5/2014 | |
| 112 | | 4/29/2014 | One-Eyed Jacks | The Orchard Music | 5/3/2014 | |
| 113 | | 5/1/2014 | The Hunchback of Notre Dame | Starz Media LLC | | |
| 114 | | | Developing Self Reliance | Sony Pictures Movies & Shows | | |
| 115 | | 5/2/2014 | The Gold Rush | Zylo | 6/12/2014 | Video blocked |
| 116 | | | Baby Face Morgan | Classic Media Ltd | 6/12/2014 | |
| 117 | | 5/14/2014 | Night Tide | Zylo | | |
| 118 | | 5/14/2014 | The Dance of Life (1929 | INGrooves | | |
| 119 | | 5/15/2014 | The Snow Creature | | 5/22/2014 | |
| 120 | | 5/15/2014 | Popeye: Cookin with Gags | __x-tHCtFalb2kOKD9__ | | Video blocked |
| 121 | | 5/16/2014 | The Three Stooges: Disorder in the Court (1936) | Nelvana Enterprises Inc | | |
| 122 | | 5/18/2014 | Superman Arctic Giant | Nelvana Enterprises Inc. | 6/19/2014 | |
| 123 | | 5/20/2014 | Casper the Friendly Ghost: Spooking About Africa | Nelvana Enterprises Inc | 6/20/2014 | |
| 124 | | 5/22/2014 | Superman: The Mechanical Monsters | Sonar Entertainment | | Video blocked |
| 125 | | 5/20/2014 | Superman: Artic Giant | Nelvana Enterprises Inc. | | |
| 126 | | 5/21/2014 | Felix the Cat: Saves the Day | SpiceDigital | 5/26/2014 | |
| 127 | | 5/21/2014 | Return of The Street Fighter - 1976 | AdRev for a 3rd Party and routenote | 8/28/2014 | |
| 128 | | 5/24/2014 | Blue Steel | SpiceDigitalMovies | 5/27/2014 | |
| 129 | | 5/26/2014 | Randy Rides Alone | SpiceDigitalMovies | | 5/28/2014 |
| 130 | | 5/26/2014 | The Man from Utah (1934) | egeda. SpiceDigitalMovies. Mk2 Multimedia SA | | |
| 131 | | 5/26/2014 | Angel and the Bad Man | SpiceDigitalMovies | 6/7/2014 | |
| 132 | | 5/26/2014 | Sagebrush Trail | AdRev for a 3rd Party | 6/13/2014 | |
| 133 | | 5/28/2014 | Waldo's Last Stand (1940) | SpiceDigitalMovies.Sony Pictures Movies & Shows | 6/16/2014 | Video blocked |
| 134 | | 5/29/2014 | Mark of Zorro (1920 | BBMedia | 6/16/2014 | |
| 135 | | | Blue Steel | SpiceDigitalMovies | 8/4/2014 | Video blocked |
| 136 | | 6/7/2014 | The Flying Deuces | SpiceDigitalMovies | 8/4/2014 | Video blocked |
| 137 | | 6/13/2014 | House on Haunted Hill | Base79 Ent 2 (Base79/20) | 6/16/2014 | Video blocked |
| 138 | | 6/14/2014 | The Gold Rush | Millimages | 7/9/2014 | Video blocked |
| 139 | | 6/14/2014 | My Man Godfrey | MusicMagicIndia | 6/20/2014 | Video blocked |
| 140 | | 6/15/2014 | Mark of Zorro | The Orchard Entertainment | 8/4/2014 | |
| 141 | | 6/15/2014 | His Girl Friday | The Orchard Entertainment | 8/4/2014 | Video blocked |
| 142 | | 6/17/2014 | Bonanza The Mill | MusicMagicIndia | 8/4/2014 | |
| 143 | | 6/19/2014 | A Farewell to Arms | Sony Pictures Movies & Shows | 8/4/2014 | Video blocked |
| 144 | | 7/14/2014 | The Song of the Birds | The Orchard Entertainment | 8/7/2014 | |

Sheet1 / Sheet2 / Sheet3

Ready

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | D145 | | The Orchard Entertainment | | | | |
| 145 | | 7/15/2014 | Casper the Friendly Ghost: Spooking About Africa | The Orchard Entertainment | | | |
| 146 | | 7/17/2014 | Superman: The Mummy Strkes | The Orchard Entertainment | 7/27/2014 | | |
| 147 | | 7/17/2014 | The Talking Magpies | MusicMagicIndia | 8/4/2014 | | |
| 148 | | 7/18/2014 | Felix the Cat: The Goose that Laid the Golden Egg | The Orchard Entertainment | | 8/4/2014 | |
| 149 | | 7/20/2014 | Superman:The MagneticTelescope | MusicMagicIndia | | 8/7/2014 | |
| 150 | | 7/20/2014 | His Girl Friday | The Orchard Entertainment | 8/4/2014 | | |
| 151 | | | Superman The Mechanical Monsters | MusicMagicIndia | 8/4/2014 | | |
| 152 | | 7/23/2014 | Woody Woodpecker Panty Panic | MusicMagicIndia | 8/6/2014 | | |
| 153 | | 7/24/2014 | Betty Boop Training Pigeons | MusicMagicIndia | 8/6/2014 | | |
| 154 | | 7/31/2014 | Popeye: Popeye for President | The Orchard Entertainment | 8/4/2014 | | |
| 155 | | 8/1/2014 | Superman Destruction | MusicMagicIndia | 8/5/2014 | | |
| 156 | | 8/2/2014 | Flip the Frog Fiddlesticks | The Orchard Entertainment | 8/6/2014 | | |
| 157 | | 8/2/2014 | Superman Electric Earthquake | The Orchard Entertainment | 8/6/2014 | | |
| 158 | | 8/2/2014 | Betty Boop A Song a Day | MusicMagicIndia | 8/6/2014 | | |
| 159 | | 8/2/2014 | Superman Secret Agent | MusicMagicIndia | 8/5/2014 | | |
| 160 | | 8/2/2014 | Superman Bulleteers | The Orchard Entertainment | 8/27/2014 | | |
| 161 | | 8/3/2014 | Betty Boop More Pep | The Orchard Entertainment | 8/5/2014 | | |
| 162 | | 8/3/2014 | Superman Showdown | MusicMagicIndia | 8/27/2014 | | |
| 163 | | 8/4/2014 | Gabby Ali's Well | | 8/7/2014 | | |
| 164 | | 8/4/2014 | Noveltoon The Stupidstitous Cat | MusicMagicIndia | 8/7/2014 | | |
| 165 | | 8/5/2014 | Superman Terror on the Midway | MusicMagicIndia | 8/27/2014 | | |
| 166 | | 8/5/2014 | Superman The Mad Scientist | The Orchard Entertainment | 8/7/2014 | | |
| 167 | | 8/5/2014 | Noveltoon Naughty but Mice | MusicMagicIndia | 8/27/2014, | | |
| 168 | | 8/6/2014 | Little Audrey Goofy Gander | MusicMagicIndia | 8/27/2014 | | |
| 169 | | 8/6/2014 | Superman Japoteurs | The Orchard Entertainment | 8/10/2014 | | |
| 170 | | 8/6/2014 | Superman Eleventh Hour | The Orchard Entertainment | 8/8/2014 | | |
| 171 | | 8/6/2014 | Superman The UndergroundWorld | e-Muzyka | 8/27/2014 | | |
| 172 | | 8/6/2014 | Superman Jungle Drums | SpiceDigitalMovies | 8/27/2014 | | |
| 173 | | 8/6/2014 | Popeye Meets Sinbad the Sailor | Believe Music, WMG | 8/10/2014 | | |
| 174 | | 8/7/2014 | Superman Volcano | PEDL, PRS CS, EMI Music Publishing, and BMG_Rights_Management | 8/8/2014 | | |
| 175 | | 8/7/2014 | Superman Billion Dollar Limited | New Video Group | 8/9/2014 | | |
| 176 | | 8/7/2014 | Amos and Andy the Lion Tamer | VidZone | 8/10/2014 | | |
| 177 | | 8/7/2014 | Mighty Mouse Wolf Wolf | MLB Advanced Media | 6/27/2014 | | |
| 178 | | | Betty Boop The Old Man of The Mountain | W4tch TV | 8/10/2014 | | |
| 179 | | 8/8/2014 | Life With Father | onemediamusic | 8/10/2014 | Video blocked |
| 180 | | 8/8/2014 | The Little Shop Horrors | The Orchard Entertainment Takedown | 8/27/2014 | | |
| | | 8/8/2014 | Love Affair | PEDL, PRS CS, EMI Music Publishing, and BMG_Rights_Management | 8/27/2014 | | |

◄ ◄ ► ►◄ \ **Sheet1** / Sheet2 / Sheet3 /

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 181 | | 8/8/2014 | Love Affair | PEDL, PRS CS, EMI Music Publishing, and BMG Rights Management | 8/27/2014 | |
| 182 | | 8/9/2014 | Africa Screams | Pathe | 9/2/2014 | Video blocked |
| 183 | | 8/9/2014 | The Brain that Wouldn't Die | Shout! Factory, LLC | 8/26/2014 | |
| 184 | | 8/10/2014 | The Beverly Hillbillies 1-29 The Clampetts and the Dodgers | Music Video Distributors | | |
| 185 | | 8/10/2014 | The Lost World | Mayor International Entertainment | 9/2/2014 | |
| 186 | | 8/16/2014 | Meet John Doe | PEDL and Warner Chappell | | |
| 187 | | 8/17/2014 | The Amazing Adventure | Believe YT Entertainment | 8/27/2014 | |
| 188 | | 8/17/2014 | Amazing Mr. X | Shout! Factory, LLC | 8/21/2014 | |
| 189 | | 8/17/2014 | The Avenger: The Legend of Aeneas | Missing | 9/2/2014 | Video blocked |
| 190 | | 8/19/2014 | Hercules Unchained | routenote | | |
| 191 | | 8/20/2014 | H G Wells' Things To Come (1936) | AdRev for a 3rd Party | 8/27/2014 | |
| 192 | | 8/21/2014 | Father's Little Dividend (1951) | Mk2 Multimedia SA, egeda, SpiceDigitalMovies | | |
| 193 | | 8/24/2014 | Life With Father | SpiceDigitalMovies | | Video blocked |
| 194 | | 8/25/2014 | The Gold Rush | The Orchard Music | | Video blocked |
| 195 | | 8/26/2014 | Hercules Against the Moon Men | AdRev Publishing | | |
| 196 | | 8/27/2014 | Gulliver's Travels | CLAclaims | 8/30/2014 | |
| 197 | | 8/28/2014 | The Hunchback of Notre Dame | TEOSTO_CS, KODA_CS, AdRev Publishing, and TONO_CS | 9/4/2014 | 9/2/2014 |
| 198 | | 8/29/2014 | The Hunchback of Notre Dame | AdRev Publishing | | |
| 199 | | 8/29/2014 | The Gold Rush | The Orchard Music | | |
| 200 | | 8/30/214 | Life With Father | SpiceDigitalMovies | | 8/30/2014 |
| 201 | | 8/30/2014 | Precision Wine by Kes - Unofficial Lyrics | Mayor International Entertainment | 9/30/2014 | |
| 202 | | 8/30/2014 | The Hunchback of Notre Dame | Mayor International Entertainment | 9/2/2014 | |
| 203 | | 8/30/2014 | Christmas Comes But Once A Year (1936 | Mayor International Entertainment | | |
| 204 | | 9/4/2014 | The Brain that Wouldn't Die | INgroovesTEOSTO_CS, KODA_CS, AdRev Publishing, and TONO_CS | | 8/30/2014 |
| 205 | | 8/30/2014 | One-Eyed Jacks | Mayor International Entertainment | Oct | |
| 206 | | 8/31/2014 | Popeye Meets Sinbad the Sailor | HorusMusic | | |
| 207 | | 8/31/2014 | Africa Screams | AdRev for a 3rd Party | 9/16/2014 | |
| 208 | | 8/31/2014 | The Deadly Companions Sep. Thriteenth | Beta Film GmbH | | |
| 209 | | 8/31/2014 | Santa Clause Conquers the Martians (1964) | Pathe | 10/3/2014 | |
| 210 | | 9/4/2014 | Hell Town - Born to the West (1937) | Exploration Group LLC (Sound Recordings | Sept | |
| 211 | | 9/4/2014 | The Flying Duces | One Digital Entertainment | | |
| 212 | | 9/4/2014 | Gone with the West | Exploration Group LLC | Oct | |
| 213 | | 9/4/2014 | Dead on Arrival | The Orchard Entertainment | 9/25/2014 | 9/4/2014 |
| 214 | | 9/ | The Brain that Wouldn't Die | AdRev for a 3rd Party | Oct | Oct |
| 215 | | | Angel and the Bad Man | Shout! Factory, LLC | Sept | Video blocked |
| 216 | | | The Flying Deuces | SpiceDigitalMovies | 9/22/2014 | Video blocked |
| 217 | | | The Avenger: The Legend of Aeneas | AdRev for a 3rd Party | | |

Sheet1 / Sheet2 / Sheet3

Ready

D217    AdRev for a 3rd Party

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 217 | | | The Avenger: The Legend of Aeneas | AdRev for a 3rd Party | | |
| 218 | | | Reefer Madness | The Orchard Music Takedown | Sept | Video blocked |
| 219 | | | Return of The Street Fighter - 1976 | AdRev for a 3rd Party | Dec | |
| 220 | | | Rudolph The Red Nosed Reindeer (1948) | AdRev Publishing | | |
| 221 | | | Popeye Big Bad Sinbad | The Orchard Entertainment | | Sep |
| 222 | | | The Adventures of Ozzie and Harriet Baking Dog | Studiocanal | Oct | |
| 223 | | | Attack of the Giant Leeches | W4tch TV | | Sept |
| 224 | | | Flash Gordon: The Planet of Death | [Merlin] Phonofile | Otc | Sept | Oct |
| 225 | | | Flash Gordon: The Forbidden Experiment | The Orchard Entertainment | Noc'w Twenty | Sept |
| 226 | | | Flash Gordon The Race Against Time | New Video Group | Dec | |
| 227 | | | Flash Gordon The Brain Machine | AdRev Publishing, AdShare (Publishing), and One or more music | Dec | |
| 228 | | | Superman: The Mad Scientist | [Merlin] Essential Music | Dec | Video blocked |
| 229 | | | Cold Sweat (1970) | CD Baby | | Video blocked |
| 230 | | | White Zombie | Gaiam | Dec | |
| 231 | | | Flash Gordon: The Forbidden Experiment | Gaiam | Dec | |
| 232 | | | SupermanArctic Giant | Dance all Day | Dec | |
| 233 | | | Carnival of Souls | Sony ATV Publishing | | |
| 234 | | | Vulcan: Son of Jupiter | The Orchard Music | Dec | |
| 235 | | | Superman Arctic Giant | The Orchard Music | Dec | |
| 236 | | | SupermanEleventh Hour | SpiceDigitalMovies | Dec | |
| 237 | | | Sherlock HolmesThe Case of Lady Beryl | The Orchard Music | | Dec |
| 238 | | | Sherlock Holmes: The Case of the Pennsylvania Gun | ITV.com | | |
| 239 | | | Attack of the Giant Leeches | W4tch TV | Dec | |
| 240 | | | Superman The Mechanical Monsters | AdShare MG for a Third Party | Dec | |
| 241 | | | White Zombie | | Dec | |
| 242 | | | Heidi 1-21 | | Dec | |
| 243 | | | Abilene Town | | Dec | |
| 244 | | | Heidi 22-23 | | | |
| 245 | | | Cottage to Let | | Dec | Video blocked |
| 246 | | | Randy Rides Alone (1934) | | 1/2/2015 | |
| 247 | | | The Lost World | | 1/2/2015 | |
| 248 | | 1/1/15 | The Brain that Wouldn't Die | Dance all Day | | 1/7/2015 |
| 249 | | 1/12/15 | The Beverly Hillbillies Lafe Lingers On | The Orchard Music | Jan | |
| 250 | | 1/22/2015 | Felix the Cat April Maze | rumblefish | Jan | |
| 251 | | 1/29/2015 | Bat Masterson | mgm        Takedown | Jan | Video blocked |
| 252 | | 1/31/2015 | Two Girl Hitchhikers | IODA | | |
| 253 | | 2/1/2015 | Smile and Thrills The Sport Parade | British Pathe (Rightster) | | 2/2/2015 |

I◄ ◄ ► ►I \ **Sheet1** / Sheet2 / Sheet3 /

Ready

copyright notices1.xls

Released by AdRev

Released by AdRev

Gave in- they treatened to block video          Dec

Same day they released another claimed it
Released same dayas claimed

Released next day
Released next day

①Data corruption -printing
2nd spreadsheet in Excell

# EXHIBIT B

| | Copyright Infringements Claimed by ZYX DVD<br>Proof of copyright fraud and harassment on YouTube The following videos are in the pubic domain. This is all by one claimant, ZYX DVD, claiming episode after episode and then releasing them with the only purpose of harassing the rightful owner. | Claim Date 2015 | Reinstated Date | Released |
|---|---|---|---|---|
| 1 | Sherlock Holmes: The Case of the Impromptu Performance | Feb 11 | | Feb 12 |
| 2 | Sherlock Holmes: The Case of the Shoeless Engineer | Feb 13 | | Feb 13 |
| 3 | Sherlock Holmes: The Case of Lady Beryl | Feb 15 | Feb 17 | Feb 18 |
| 4 | Sherlock Holmes: The Case of the Shy Ballerina | Feb 16 | Feb 17 | Feb 18 |
| 5 | Sherlock Holmes: The Case of the Imposter Mystery | Feb 19 | | Mar 10 |
| 6 | Sherlock Holmes: The Night Train Riddle | Feb 27 | | Mar 10 |
| 7 | Sherlock Holmes: The Case of the Reluctant Carpenter | Feb 28 | | Mar 10 |
| 8 | Sherlock Holmes: The Case of the Blind Man's Bluff | Mar 5 | | Mar 9 |
| 9 | Sherlock Holmes: The Case of the Red Headed League | Mar 5 | | Mar 9 |
| 10 | Sherlock Holmes: The Case of the Deadly Prophecy | Mar 8 | | Mar 9 |
| 11 | Sherlock Holmes: The Case of Harry Crocker | Mar 11 | | Mar 19 |
| 12 | Sherlock Holmes: The Case of the Jolly Hangman | Mar 13 | | Mar 19 |
| 13 | Sherlock Holmes: The Case of the French Interpreter | Mar 23 | | Missing |
| 14 | Sherlock Holmes: The Case of the Haunted Gainsborough | Mar 29 | | Missing |
| 15 | Sherlock Holmes: The Case of the Violent Suitor | Mar 29 | | Missing |
| 16 | Sherlock Holmes: The Case of the Baker Street Bachelors | Apr 5 | | Missing |
| 17 | Sherlock Holmes: The Case of the Unlucky Gambler | Apr 6 | | Arp 26 |
| 18 | Sherlock Holmes: The Case of the Singing Violin | Apr 20 | | Apr 26 |
| 19 | Sherlock Holmes: The Case of the Careless Suffragette | Apr 21 | | Apr 26 |
| 20 | Sherlock Holmes: The Case of the Perfect Husband | Apr 29 | | May 1 |
| 21 | Sherlock Holmes: The Case of the Exhumed Client | May 8 | | May 11 |
| 22 | Sherlock Holmes: The Case of the Thistle Killer | May 19 | | May 19 |
| 23 | Sherlock Holmes: Case of the Vanished Detective | May 23 | | May 25 |
| 24 | Sherlock Holmes: The Case of the Split Ticket | May 23 | | May 25 |
| 25 | Sherlock Holmes: The Case of the Pennsylvania Gun | May 24 | | June 16 |
| 26 | Sherlock Holmes: The Case of the Eiffel Tower | May 27 | | May 28 |
| 27 | Sherlock Holmes: The Case of the Cunningham Heritage | May 29 | | June 1 |
| 28 | Sherlock Holmes: The Case of the Winthrop Legend | May 29 | | June 1 |
| 29 | Sherlock Holmes: The Case of the Diamond Tooth | May 29 | | June 1 |
| 30 | Sherlock Holmes: The Case of the Royal Murder | May 30 | | June 1 |
| 31 | Sherlock Holmes: The Case of the Baker Street Nursemaids | May 30 | | June 1 |
| 32 | Sherlock Holmes: The Case of the Tyrant's Daughter | June 3 | | June 16 |
| 33 | Sherlock Holmes: The Case of the Texas Cowgirl | June 4 | | June 16 |
| 34 | Sherlock Holmes: The Case of the Greystone Inscription | June 4 | | June 16 |
| 35 | Sherlock Holmes: The Case of the Christmas Pudding | June 5 | | June 16 |
| 36 | Sherlock Holmes: The Case of the Laughing Mummy | June 7 | | June 16 |
| 37 | Sherlock Holmes: The Case of the Belligerent Ghost | June 8 | | June 16 |
| 38 | Sherlock Holmes: The Case of the Neurotic Detective | June 10 | | June 16 |
| 39 | Sherlock Holmes: The Mother Hubbard Case | June 1 | | June 16 |

| | Copyright Infringements claimed by Grupa BB Media Film<br>Proof of copyright fraud and harassment on YouTube The following videos are in the public domain. This is all by one claimant, Grupa BB Media Film, claiming episode after episode and then releasing them with the only purpose of harassing the rightful owner. | Claim Date 2015 | Reinstated Date | Released |
|---|---|---|---|---|
| 1 | Bonanza: The Gunmen (HD) | 3/6 | | 3/9 |
| 2 | Bonanza: The Gunmen (Android) | 3/15 | | 3/19 |
| 3 | Bonanza: Season 1, Episode 22, Blood On The Land (1960) | 6/1 | | 6/3 |
| 4 | Bonanza: Season 1, Episode 29, Bitter Water | 6/1 | | 6/3 |
| 5 | Bonanza: Season 1, Episode 30, Feet Of Clay (1960) | 6/2 | | 6/3 |
| 6 | Bonanza: Season 2, Episode 1 - Showdown (1960) | 6/3 | | 6/4 |
| 7 | Bonanza: Season 1, Episode 20, The Fear Merchants (1960) | 6/8 | | 6/9 |
| 8 | Bonanza: Season 2, Episode 16, The Courtship (1961) | 6/16 | | 6/16 |
| 9 | Bonanza: Season 2, Episode 9, Breed of Violence | 6/16 | | 6/16 |
| 10 | Bonanza: Season 2, Episode 2, The Mission (1960) | 6/16 | | 6/16 |
| 11 | Bonanza: Season 2, Episode 17, The Spitfire (1961) | 6/20 | | 6/21 |
| 12 | Bonanza: Season 1, Episode 25, Escape To Ponderosa (1960) | 6/23 | | |
| 13 | | | | |

Grupa BB Media is a false company. Their office is supposed to be located in Dublin, Ireland. A search for their address came up with the following:

## Rostra Solicitors

Category: Solicitors, Lawyers and Legal Advisors   show me more

Address: 79 Benburb Street.....
Smithfield
Dublin
County Dublin
DUBLIN 7

A search for Grupa BB Media at: http://www.yourlocal.ie/search/ireland/grupa-bb-media resulted in:

"Sorry, we have no results"

| | Copyright Infringements Claimed by APM Music<br>Proof of copyright fraud and harassment on YouTube The following videos are in the pubic domain. This is all by one claimant, APM Music, claiming episode after episode and then releasing them with the only purpose of harassing the rightful owner. | Claim Date 2015 | Reinstated Date | Released |
|---|---|---|---|---|
| 1 | Follow That Man \| Man against Crime: High Ambush | 2/8 | 2/9 | 6/3, 6/18 |
| 2 | Follow That Man \| Man against Crime: The Fraternity of Five | 2/8 | 2/9 | 5/26 |
| 3 | Follow That Man \| Man against Crime: Murder Mountain | 2/8 | 2/9 | 5/13 |
| 4 | Follow That Man \| Man against Crime: Hide and Seek | 2/8 | 2/9 | Missing |
| 5 | Follow That Man Man Against Crime: Day Man | 2/8 | 2/9 | 2/11, 3/11 |
| 6 | Follow That Man aka Man Against Crime: Missing Cadet | 2/28 | | 3/2 |
| 7 | Follow That Man aka Man against Crime: Murder in the Rough | 2/28 | | 3/2 |
| 8 | Follow That Man aka Man Against Crime: The Coconuts Eye | 3/2 | | 3/3 |
| 9 | Follow That Man Man Against Crime The Iceman | 3/2 | | 3/3 |
| 10 | Follow That Man Man Against Crime The Third Rail | 3/2 | | 3/3 |
| 11 | Follow That Man Man Against Crime The Wire Tappers | 3/2 | | 3/3, 3/5 |
| | YouTube has said that High Ambush was released twice; however, it is in copyright notices as a violation. | | | |
| | | | | |