UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNE Q. LANCASTER,<br><br>        Plaintiff,<br><br>   v.<br><br>ALPHABET INC., et al.,<br><br>        Defendants. | Case No. 15-cv-05299-HSG<br><br>**ORDER DENYING MOTION TO APPEAR BY PHONE AND DIRECTING PLAINTIFF TO FILE OPPOSITION**<br><br>Re: Dkt. No. 23 |

On January 5, 2016, Plaintiff filed a motion to appear by telephone at the February 4, 2016 hearing. This motion is **DENIED**, because the Court takes the pending motion to dismiss, Dkt. No. 17, under submission and vacates the previously scheduled hearing.

The Court directs Plaintiff to file with the Court the opposition to Defendant's motion to dismiss, Dkt. No. 17, that Plaintiff served Defendant on December 29, 2015.

**IT IS SO ORDERED.**

Dated: 1/13/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge