| | |
|---|---|
| 1 | DEANNE Q. LANCASTER |
| 2 | PLAINTIFF IN PRO PER |
|   | 5474 Glengate Ln # 10 |
| 3 | Cincinnati, OH 45212 |
|   | Telephone: (513) 873-5124 |
| 4 | Email: freewill329@gmail.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DEANNE Q. LANCASTER,                )   Case No.: 15-cv-05299-HSG
                                    )
        Plaintiff,                  )   [PROPOSED] ORDER RE: PLAINTIFF'S
                                    )   MOTION FOR A PACER FEE
vs.                                 )   EXEMPTION
                                    )
ALPHABET INC., GOOGLE INC.,         )
YOUTUBE, LLC                        )
        Defendant                   )

## ORDER ON PLAINTIFF'S MOTION FOR A PACER FEE EXEMPTION

On January 21, 2016, Plaintiff Deanne Q. Lancaster moved for an order granting Plaintiff's request for a PACER fee exemption. The motion arose out of Plaintiff's low income status. Based on the Court's review of the Plaintiff's Request, the Court hereby GRANTS Plaintiff's motion to appear by telephone.

Plaintiff's Request for a PACER fee is granted.

**IT IS SO ORDERED.**

DATED: _____ January 27, 2016   *Haywood S. Gilliam Jr.*

THE HONORABLE
HAYWOOD S. GILLIAM, JR.
United States District Judge