1  DEANNE Q. LANCASTER
   PLAINTIFF IN PRO PER
2  5474 Glengate Ln # 10
3  Cincinnati, OH 45212
   Telephone: (513) 873-5124
4  Email: freewill329@gmail.com

5

6

7

8
                 UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12

13

14  DEANNE Q. LANCASTER,           )   Case No.: 15-cv-05299-HSG
                                   )
15        Plaintiff,               )   CORRECTED  ORDER RE: PLAINTIFF'S
                                   )   MOTION FOR A PACER FEE
16  vs.                            )   EXEMPTION
                                   )
17                                 )
    ALPHABET INC., GOOGLE INC.,    )
18  YOUTUBE, LLC                   )
          Defendant
19  ─────────────────────────────

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR A PACER FEE EXEMPTION
DEANNE Q. LANCASTER V ALPHABET INC., GOOGLE INC., YOUTUBE, LLC
CASE NO.: 15-cv-05299-HSG

## ORDER ON PLAINTIFF'S MOTION FOR A PACER FEE EXEMPTION

On January 21, 2016, Plaintiff Deanne Q. Lancaster moved for an order granting Plaintiff's request for a PACER fee exemption. The motion arose out of Plaintiff's low income status. Based on the Court's review of the Plaintiff's Request, the Court hereby GRANTS Plaintiff's Request for a PACER fee exemption.

**IT IS SO ORDERED.**

DATED: _____ January 29, 2016      /s/ Haywood S. Gilliam Jr.

THE HONORABLE
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR A PACER FEE EXEMPTION
DEANNE Q. LANCASTER V ALPHABET INC., GOOGLE INC., YOUTUBE, LLC
CASE NO.: 15-cv-05299-HSG                                                                 Page 1