UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNE Q. LANCASTER,<br><br>        Plaintiff,<br><br>   v.<br><br>ALPHABET INC., et al.,<br><br>        Defendants. | Case No. 15-cv-05299-HSG<br><br>**ORDER DENYING MOTION TO STRIKE**<br><br>Re: Dkt. No. 39 |

The Court DENIES Plaintiff's Motion to Strike. Dkt. No. 39. Plaintiff is not entitled to a surreply absent Court approval. *See* Civ. L-R 7-3(d). Accordingly, the Court STRIKES Plaintiff's Response to Defendant's Reply. Dkt. No. 31.

**IT IS SO ORDERED.**

Dated: 2/4/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge