UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNE Q. LANCASTER,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHABET INC., et al.,<br><br>    Defendants. | Case No. 15-cv-05299-HSG<br><br>**ORDER DISMISSING THE CASE WITH PREJUDICE** |

On July 8, 2016, the Court gave Plaintiff leave to file an amended complaint by July 29, 2016. The Court made clear in its order that failure to adhere to this deadline would result in dismissal of this action with prejudice. Dkt. No. 57. Because Plaintiff did not file an amended complaint by the deadline (and has not done so to date), this action is dismissed with prejudice. The Clerk is directed to enter judgment in favor of Defendant and close the case.

**IT IS SO ORDERED.**

Dated: 8/9/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge